UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>EXXON MOBIL CORPORATION, et al., )<br>)<br>Defendants. )<br>_____ ) | Civ. No. 01-1357 (LFO)<br><br>FILED<br>JUL 1 8 2001<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

Upon consideration of the parties' Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, by which the parties request an enlargement of time for defendants to file their Motion to Dismiss in lieu of an answer to October 1, 2001, and further request that the deadline for plaintiffs' Opposition to the Motion to Dismiss be extended to December 4, 2001, and that any Reply thereto be filed by defendants no later than December 21, 2001,

IT IS HEREBY ORDERED, this 18th day of July, 2001,

That the parties' Joint Motion for Enlargement of Time be, and the same hereby is, GRANTED.

_____
UNITED STATES DISTRICT JUDGE

002.606284.1

-2-

Copy to:

Martin J. Weinstein
Robert J. Meyer
FOLEY & LARDNER
3000 K St., N.W., Suite 500
Washington, D.C. 20007-5109
Counsel for Defendants Exxon Mobil Corp.
and Mobil Oil Corp.

Robert Stropp, Jr.
Edward M. Gleason, Jr.
MOONEY, GREEN, GLEASON,
BAKER, GIBSON & SAINDON, P.C.
1920 L Street N.W., Suite 400
Washington, D.C. 20036
Counsel for Plaintiffs

Terry Collingsworth
Natacha Thys
INTERNATIONAL LABOR
RIGHTS FUND
733 15TH St., N.W., Suite 920
Washington, DC 20005
(202) 347-4100
Co-counsel for Plaintiffs