UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civil Action No. 01-1357 (LFO) |
| v. ) | |
| ) | |
| EXXON MOBIL CORPORATION, et al., ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

ORDER

For reasons explained in an accompanying memorandum, it is this 2nd day of March, 2006, hereby:

ORDERED: that Plaintiffs' Motion to Amend the Complaint [dkt no. 123] is GRANTED; and it is further

ORDERED: that Defendants' Motion for Leave to File Reply in Support of Application of Indonesian Law [dkt no. 134] is GRANTED; and it is further

ORDERED: that Defendants' Motion for Leave to File Surreply in Opposition to Plaintiffs' Motion to Amend Complaint [dkt no. 135] is GRANTED; and it is further

ORDERED: that, treating Defendants' Opposition to Plaintiffs' Motion to Amend the Complaint [dkt no. 125] as a Motion to Dismiss the Amended Complaint, the Motion is GRANTED IN PART as to plaintiffs' claim for negligent infliction of emotional distress, and DENIED IN PART as to plaintiffs' remaining claims; and it is further

NOTED: that this matter remains referred to Magistrate Judge Kay for possible resolution of discovery disputes.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE