IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE I, et al.<br><br>      Plaintiffs,<br>vs.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 01-1357 (LFO/AK)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**
**CONCERNING PRETRIAL SCHEDULE**

THIS MATTER is before the Court for purposes of entry of a Pretrial Order, which will govern pretrial proceedings and the placement of this matter on a civil trial calendar. It is hereby ORDERED that:

**I.**    **JURY INSTRUCTIONS:** Plaintiffs will serve, in electronic format, proposed jury instructions, voir dire questions, and a form of special verdict by **[April 11, 2008]**. Counsel should number each proposed instruction and shall submit each proposed instruction on a separate page. Each proposed instruction or red-line must contain a supporting citation(s). A proposed instruction without a supporting citation will not be considered.

**II.**    **SUBMISSIONS:** Parties will serve their (1) witness list, (2) list of exhibits other than demonstrative or summary exhibits (in electronic format) and (3) deposition designations (in electronic format) by **[April 23, 2008]**.

1

**III.    EXPERT DISCLOSURES:** Parties will disclose all experts pursuant to Fed. R. Civ. R. 26(a)(2)(C) by **[April 30, 2008],** with depositions of such experts to take place within 30 calendar days of such disclosure.

**IV.    REBUTTAL SUBMISSIONS:** Parties will serve rebuttal witness lists, rebuttal lists of exhibits other than demonstrative or summary exhibits (in electronic format), and rebuttal deposition designations (in electronic format) by **[May 12, 2008]**.

**V.    RESPONSE TO JURY INSTRUCTIONS:** Defendants will serve, in electronic format, red-lined versions of Plaintiffs' proposed jury instructions, *voir dire* questions, and form of special verdict by **[May 19, 2008]**.

**VI.    RESPONSE TO DESIGNATIONS:** Parties will serve counter deposition designations (in electronic format) to rebuttal deposition designations by **[May 23, 2008]**.

**VII.    TRIAL SUBPOENAS**: Counsel must subpoena all witnesses by **[May 27, 2008].** The Court in its discretion may elect not to enforce subpoenas that were issued after this deadline or, if requested, may quash subpoenas that were issued after this deadline.

**VIII.    SUBMISSION OF JURY INSTRUCTIONS:** Parties will submit their proposed jury instructions, *voir dire* questions, and form of special verdict to the Court by **[May 30, 2008]**.

**IX.    OBJECTIONS:** Parties shall simultaneously exchange objections, in a mutually agreed upon electronic format, to the admissibility of exhibits identified by opposing parties and objections to any counter deposition designations by **[June 2, 2008]**.

X.   **MOTIONS IN LIMINE:**  Parties will file Motions in Limine by **[May 26, 2008];** file responses by **[June 6, 2008]**; and file replies by **[June 16, 2008]**.  No party shall submit a brief more than five pages in length.  The parties are not required to meet and confer prior to filing any Motions in Limine, but shall meet and confer within three days after filing.

XI.  **MEET AND CONFER:**  Parties shall meet and confer on witness lists, lists of exhibits, deposition designations, and uncontested facts by **[June 13, 2008]**.  A hearing to resolve all unresolved matters resulting from this paragraph will be held **[the week of June 16, 2008]**.

XII. **COURT FILINGS:**  The parties will submit to the Court, no later than **[June 20, 2008]**, an original and two copies of the following items:

   1. Trial Brief;
   2. Stipulated uncontested facts;
   3. A list of all exhibits to be used as evidence at trial;
   4. A list of the names and addresses of all prospective witnesses, together with a short statement of substance of the testimony of each witness; and
   5. A list of depositions to be offered into evidence in lieu of live testimony.

IX.  **SUMMARY/DEMONSTRATIVE EXHIBITS:**  Parties will serve summary exhibits and demonstrative exhibits, along with any supporting backup data (in electronic form if applicable), seventy-two hours before their use at trial.

XIII. **PLAINTIFFS:**  All parties shall cooperate to facilitate Plaintiffs obtaining visas for purposes of preparing for and appearing at trial in the U.S. in **June 2008**.  Plaintiffs will be made available for deposition in the U.S. from **[June 16, 2008]** until trial.

3

**XIV. TRIAL DATE:** The above-captioned case set to be tried in the District of Columbia before a jury will begin on **June 27, 2008**.

    A.    The parties estimate that the total time needed for trial will be approximately __ to __ trial days.

    B.    Jury selection will begin on **June 27, 2008**, with introduction of evidence to begin thereafter.

    C.    Any outstanding miscellaneous trial matters that need to be heard by the Court prior to trial will be heard beginning on **June 27, 2008,** as well.

**SO ORDERED** this _____ day of _____, 2008.

_____

Louis S. Oberdorfer
UNITED STATES DISTRICT COURT JUDGE