IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE I, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 01-1357 (LFO/AK) |
| ) | |
| EXXON MOBIL CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING UNDER SEAL

The following document is being filed under seal on September 10, 2008 pursuant to Local Rule 5.1(j) and paragraph 33 of the April 25, 2007 Protective Order:

- Plaintiffs' Motion for Clarification or Reconsideration of the Court's August 27, 2008 Memorandum & Opinion.

A redacted public version of the document is being filed concurrently.

Dated: September 10, 2008

/s/ Agnieszka Fryszman
Agnieszka Fryszman, DC Bar No. 459208
Michael D. Hausfeld, DC Bar No. 153742
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower - Suite 500
Washington, DC  20005-3964
Tel:  (202) 408-4600
Fax:  (202) 408-4699

Brent W. Landau, DC Bar No. 479251
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
255 S. 17th Street, Suite 1307
Philadelphia, P.A.  19103
Tel:  (267) 773-4684
Fax:  (267) 773-4690

Terrence Collingsworth, DC Bar No. 471830
CONRAD & SCHERER
731 8th St., S.E.
Washington, D.C.  20003
Tel:  (202) 543-5811
Fax:  (202) 347-4885

*Counsel for Plaintiffs*