## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2009, redacted copies of:

- Defendants' Reply Memorandum in Support of Their Motion to Dismiss, or, in the Alternative, for Judgment on the Pleadings, or for Summary Judgment; and

- Exhibits in support thereof,

were served via the Court's electronic filing system, and via U.S. Mail to the following:

Michelle Lo, Esq. (via U.S. Mail)
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

_____
Kira Lee Suyeishi