**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE I, *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>              Defendants. | Civ. No. 01-1357 (RCL) |

**NOTICE OF CROSS-APPEAL**

Notice is hereby given that Exxon Mobil Corporation, ExxonMobil Oil Indonesia Inc., Mobil Corporation, and Mobil Oil Corporation (currently known as ExxonMobil Oil Corporation) (together, "Defendants") hereby cross-appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order entered in this action on September 30, 2009 (Dkt. No. 412) and any prior orders that have merged into the judgment.

Respectfully submitted,

/s/ Alex Young K. Oh

| | |
|---|---|
| Walter Dellinger (Bar No. 442181) | Theodore V. Wells, Jr. (Bar No. 468934) |
| wdellinger@omm.com | twells@paulweiss.com |
| Sri Srinivasan (Bar No. 475141) | PAUL, WEISS, RIFKIND, |
| ssrinivasan@omm.com |   WHARTON & GARRISON LLP |
| O'MELVENY & MYERS LLP | 1285 Avenue of the Americas |
| 1625 Eye Street, NW | New York, NY  10019 |
| Washington, DC  20006 | |
| Telephone: (202) 383-5232 | Alex Young K. Oh (Bar No. 499955) |
| Facsimile: (202) 383-5414 | aoh@paulweiss.com |
| | PAUL, WEISS, RIFKIND, |
| Martin J. Weinstein (Bar No. 37792) |   WHARTON & GARRISON LLP |
| mweinstein@willkie.com | 2001 K Street, NW |
| WILLKIE FARR & GALLAGHER LLP | Washington, DC  20006 |
| 1875 K Street, NW | Telephone:  (202) 223-7334 |
| Washington, DC  20006 | Facsimile:  (202) 223-7420 |
| Telephone:  (202) 303-1000 | |
| Facsimile:  (202) 303-2000 | Patrick J. Conlon (Bar No. 414621) |
| | patrick.j.conlon@exxonmobil.com |
| | EXXON MOBIL CORPORATION |
| | 800 Bell Street |
| | Houston, TX  77002 |
| October 30, 2009 | *Attorneys for Defendants* |