# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>      Defendants. | Civ. No. 01-1357 (RCL/AK)<br>Electronically Filed |
| JOHN DOE VIII, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>      Defendants. | Civ. No. 07-1022 (RCL/AK)<br>Electronically Filed<br><br><br>**ORAL ARGUMENT<br>REQUESTED** |

**DEFENDANTS EXXON MOBIL CORPORATION, MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION AND EXXONMOBIL OIL INDONESIA INC.'S MOTION TO DISMISS**

Defendants Exxon Mobil Corporation, Mobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Oil Indonesia Inc. respectfully move this Court to dismiss Plaintiffs' complaints, in their entirety, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. The grounds supporting this Motion are set forth in the accompanying Memorandum of Points and Authorities.

| | |
|---|---|
| Washington, DC<br>October 30, 2013 | Respectfully submitted, |
| | /s/  Alex Young K. Oh |
| Jonathan Hacker (Bar No. 456553)<br>jhacker@omm.com<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, DC  20006<br>Telephone:  (202) 383-5300 | Theodore V. Wells, Jr. (Bar No. 468934)<br>twells@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br>Telephone: (212) 373-3000 |
| Martin J. Weinstein (Bar No. 37792)<br>mweinstein@willkie.com<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street, N.W.<br>Washington, DC  20006-1238<br>Telephone:  (202) 303-1000 | Alex Young K. Oh (Bar No. 499955)<br>aoh@paulweiss.com<br>Ilana D. Waxman (Bar No. 1012358)<br>iwaxman@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>2001 K Street, N.W.<br>Washington, DC  20006-1047<br>Telephone:  (202) 223-7300 |
| | Patrick J. Conlon (Bar No. 414621)<br>patrick.j.conlon@exxonmobil.com<br>EXXON MOBIL CORPORATION<br>800 Bell Street<br>Houston, TX  77002<br>Telephone:  (713) 656-5074 |
| | *Attorneys for Defendants Exxon Mobil Corporation, Mobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Oil Indonesia Inc.* |