IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE I**, *et al.*,<br><br>              **Plaintiffs,**<br><br>       v.<br><br>**EXXON MOBIL CORPORATION**, *et al.*,<br><br>              **Defendants.** | Civ. No. 01-1357 (RCL/AK) |

**[PROPOSED] ORDER**

Pursuant to Local Civil Rule 83.2(d), the Motion for Jaren E. Janghorbani to Appear *Pro Hac Vice* is hereby GRANTED.

Dated this _____ day of _____, 2014.

_____
ROYCE C. LAMBERTH
United States District Judge