UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE I, *et al.*,

    Plaintiffs,

v.

EXXON MOBIL CORPORATION, *et al.*,

    Defendants.

Civil Case No. 01-1357 (RCL/~~AK~~)

[~~Proposed~~] Order

Upon consideration of Plaintiffs' Unopposed Motion to File Documents Under Seal, it is on this 25th day of February, 2015, hereby

ORDERED, that Plaintiffs' Motion to File Documents Under Seal, be, and the same is hereby, GRANTED.

_____
The Honorable Royce C. Lamberth
United States District Judge