IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>      Defendants. | Civ. No. 01-1357 (RCL)<br>Electronically Filed |

## DECLARATION OF ALEX YOUNG K. OH

Alex Young K. Oh, pursuant to 28 U.S.C. Section 1746 and Local Rule 5.1(f), declares as follows:

1. I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorney for Defendants Exxon Mobil Corporation and ExxonMobil Oil Indonesia Inc. in the above-captioned case. I submit this Declaration in support of Defendants' Surreply to Plaintiffs' Motion for Leave to File an Amended Complaint and Reply in Support of Defendants' Motion to Dismiss.

2. Attached as Exhibit 1 is a true and correct copy of the Human Rights Watch report entitled *Indonesia: The War in Aceh*, dated August 20, 2001.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the Trial Judgment in *Prosecutor v. Furundžija*, No. IT-95-17/1-T, dated December 10, 1998.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the Appeal Judgment in *Prosecutor v. Delalić*, No. IT-96-21-A, dated February 20, 2001.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the Appeal Judgment in *Prosecutor v. Krstić*, No. IT-98-33-A, dated April 19, 2004.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the Appeal Judgment in *Prosecutor v. Taylor*, No. SCSL-03-01-A, dated September 26, 2013.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the Appeal Judgment in *Prosecutor v. Šainović*, No. IT-05-87-A, dated January 23, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2015
Washington, DC

_____
Alex Young K. Oh