UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JOHN DOE I**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 01-1357 (RCL) |
| **EXXON MOBIL CORPORATION**, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## MEMORANDUM AND ORDER

Pending before the Court is defendants' (collectively "Exxon") motion to compel discovery. ECF No. 484. The Court concludes that Exxon's motion to compel should be granted. The types of documents Exxon seeks are relevant to defenses Exxon might raise in this case, namely that counsel for the plaintiffs do not have authority to bring these claims on plaintiffs' behalf and that plaintiffs' claims should be dismissed for failure to prosecute. Exxon's request for information as to litigation financing is relevant to potential impeachment of plaintiffs' witnesses at trial. While the Court notes that mere fishing expeditions are not permitted in discovery, Exxon has set forth a sufficient factual predicate for the types of targeted discovery sought.

For these reasons, it is hereby

**ORDERED** that defendants' motion to compel [ECF No. 484] is **GRANTED**; and it is further

**ORDERED** that plaintiffs produce the following categories of documents:

(1) any and all retainer or engagement agreements between plaintiffs and plaintiffs' counsel in this litigation, setting forth the authority for and the terms of plaintiffs' counsel's representation in this litigation, regardless of date;

(2) any and all passports and visas plaintiffs have ever obtained from the governments of Indonesia or the United States;

(3) any and all documents concerning plaintiffs' efforts to obtain any passports or visas from the governments of Indonesia or the United States during the pendency of this litigation;

(4) all identification documents issued to plaintiffs at any time by a national or local government; and

(5) any and all documents, regardless of date, concerning or reflecting any financing or the contribution of financial support for this litigation from third parties given to plaintiffs, plaintiffs' counsel, and/or agents or other intermediaries acting on plaintiffs' behalf.

And it is further **ORDERED** that each party shall bear its own fees and costs incurred in making this motion.

It is **SO ORDERED**.

Signed by Royce C. Lamberth, United States District Judge, on July 6, 2015.