**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOHN DOE I**, *et al.*,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**EXXON MOBIL CORPORATION**, *et al.*,<br><br>    **Defendants.** | **Civ. No. 01-1357 (RCL)** |

## ~~[PROPOSED]~~ SCHEDULING ORDER

Upon consideration of the parties' Joint Notice of Filing of Proposed Scheduling Order, it is hereby

ORDERED that all depositions in this case shall be postponed until at least thirty days after a decision is published in *Jesner* v. *Arab Bank, PLC*, Case No. 16-499 (U.S.); it is further

ORDERED that the parties shall meet and confer in good faith to determine if any preservation depositions are required in the interim; it is further

ORDERED that within thirty days after a decision is published in *Jesner*, the parties shall meet and confer in good faith regarding logistics of any potential depositions; it is further

ORDERED that within thirty days after a decision is published in *Jesner*, the parties shall exchange revised witness lists representing their good-faith belief regarding those witnesses who are likely to testify at trial; it is further

ORDERED that within thirty days after a decision is published in *Jesner*, the parties shall meet and confer in good faith regarding any outstanding issues raised in Defendants' Cross-Motion to Compel, Dkt. No. 604-2; it is further

ORDERED that if the parties are unable to reach an agreement regarding those issues, the parties shall file any renewed motion to compel within thirty days after a decision is published in *Jesner*; it is further

ORDERED that within thirty days after a decision is published in *Jesner*, consistent with this Court's June 27, 2017 Order, Dkt. No. 624, the parties shall confer regarding Plaintiffs' submission which Plaintiffs shall file within 14 days of such conference, and Defendants' reply, if any, will be due within 7 days of Plaintiffs' filing; and it is further

ORDERED that [the case will be set for trial in late 2018 or early 2019] {OR} [within thirty days after a decision is published in *Jesner*, the parties shall meet and confer in good faith regarding a prompt trial date].

SO ORDERED.

DATED: ___August 24, 2017___

_____
HON. ROYCE C. LAMBERTH
United States District Judge