AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| John Doe I, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. Civ. No. 01-1357 (RCL/AK) |
| Exxon Mobil Corporation, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiffs.

Date: 02/10/2020

s/ Rylee Sommers-Flanagan
*Attorney's signature*

Rylee K. Sommers Flanagan
*Printed name and bar number*

Bar No. 1552582
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., NW, Suite 500
Washington, D.C.  20005-3964
*Address*

RSommers-Flanagan@cohenmilstein.com
*E-mail address*

(202) 408-4600
*Telephone number*

(202) 408-4699
*FAX number*