IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE I, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EXXON MOBIL CORPORATION, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civ. No. 01-1357 (RCL/AK) |

### ~~PROPOSED~~ SCHEDULING ORDER [669]

Upon consideration of the Plaintiffs' Motion for Modification of the Pretrial Schedule, IT IS HEREBY ORDERED that the pretrial schedule is modified as follows:

1. Close of fact discovery: October 30, 2020.

2. Plaintiffs' expert reports: Forty-five days after close of fact discovery

3. Defendants' expert reports: Forty-five days after Plaintiffs' expert reports

4. Plaintiffs' expert rebuttal reports: Twenty-five days after Defendants' expert reports

5. Close of all discovery: Twenty-five days after Defendants' expert reports

6. Motion for Summary Judgment: Forty-five days after close of all discovery

7. Opposition to Motion for Summary Judgment: Forty-five days after Motion for Summary Judgment

8. Reply to Motion for Summary Judgment: Thirty days after Opposition to Motion for Summary Judgment

9. Pretrial Conference: To be set by the Court following the resolution of Defendants' Motion for Summary Judgment

10. Trial: To be set by the Court following the resolution of Defendants' Motion for Summary Judgment

SO ORDRED,

DATED: March 26, 2020

HON. ROYCE C. LAMBERTH
United States District Judge