## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN DOE I, *et al.*,

                      Plaintiffs,

           v.

EXXON MOBIL CORPORATION, *et al.*,

                    Defendants.

Case No. 01-cv-01357-RCL

## DEFENDANTS' NOTICE REGARDING PLAINTIFFS' PENDING MOTION FOR LEAVE TO TAKE DISCOVERY DEPOSITIONS REMOTELY

        Defendants Exxon Mobil Corporation and ExxonMobil Oil Indonesia Inc. ("Exxon") respectfully submit this notice to inform the Court of further developments that impact Plaintiffs' pending Motion for Leave to Take Plaintiffs' Trial Depositions and Leave to Take All Depositions Remotely, Dkt. 710-2 ("Plaintiffs' Motion"):

        1.      Plaintiffs' Motion seeks the following relief: (1) leave to take trial depositions of Plaintiffs, and (2) leave to take all depositions remotely. Defendants respectfully submit that the information contained in this Notice moots the second of the relief sought in the Motion with respect to remote discovery depositions of Plaintiffs. For avoidance of doubt, this Notice does not impact the first relief sought, whether any trial depositions of Plaintiffs should proceed, or the conduct of such trial depositions or any other yet-to-be noticed depositions in this case.

        2.      Plaintiffs' Motion sought leave to take all depositions in this case remotely, citing the COVID-19 pandemic. *See* Dkt. 710-2, at 23–33. Exxon responded

that requesting such a decision from the Court was premature, particularly because Defendants were willing to be flexible on when to take Plaintiffs' discovery depositions (August or September 2020, or January or February 2021), and proposed evaluating the safety and travel situation every thirty days or so. *See* Dkt. 712-2, at 7–8 & Ex. 13.

       3.      Based on COVID-19 developments after the Motion was fully submitted in June, Exxon has determined that government-imposed restrictions and safety concerns likely will prevent safe travel to Malaysia (the location previously agreed to by the parties due to Plaintiffs' inability to enter the United States for their depositions) through the end of summer. Accordingly, Exxon has accepted Plaintiffs' proposal to take their discovery depositions remotely in August. (A copy of Exxon's letter to Plaintiffs accepting their proposal to take Plaintiffs' discovery depositions remotely, and proposing certain procedural protocol for remote depositions, is attached hereto as Exhibit A).

       4.      Exxon also has offered to meet and confer on the conduct of any other depositions—trial depositions if they are ordered by the Court, or any third-party witness depositions when Plaintiffs identify the third-party witnesses whom they intend to depose.[1] *See* Exhibit A.

       5.      Accordingly, Defendants respectfully submit that Plaintiffs' Motion is moot on the question of whether the Court should order Plaintiffs' discovery depositions to be taken remotely. Plaintiffs' Motion remains pending on the question of whether Plaintiffs have demonstrated cause for leave to take their own trial depositions

---

[1]    Plaintiffs have informed Exxon that they will not identify their third-party witnesses until after Plaintiffs' own depositions have been completed. *See* Dkt. 712-2, at 18 & Ex. 4.

2

now.  Exxon respectfully submits, for the reasons set forth in its opposition, that Plaintiffs

have failed to make this showing.  *See* Dkt. 712-2, at 8–15.

Washington, DC                                        Respectfully submitted,
July 2, 2020


                                              /s/ Alex Young K. Oh

Patrick J. Conlon (Bar No. 414621)              Theodore V. Wells, Jr. (Bar No. 468934)
patrick.j.conlon@exxonmobil.com                 twells@paulweiss.com
EXXON MOBIL CORPORATION                         Jaren E. Janghorbani (admitted *pro hac vice*)
22777 Springwoods Village Parkway               jjanghorbani@paulweiss.com
N1.4B.388                                       PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Spring, TX 77389                                1285 Avenue of the Americas
Telephone:  (832) 624-6336                      New York, NY 10019-6064
                                                Telephone: (212) 373-3000

                                                Alex Young K. Oh (Bar No. 499955)
                                                aoh@paulweiss.com
                                                Justin Anderson (Bar No. 1030572)
                                                janderson@paulweiss.com
                                                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                                                2001 K Street, N.W.
                                                Washington, DC 20006-1047
                                                Telephone:  (202) 223-7300

                                                *Attorneys for Defendants Exxon Mobil Corporation
                                                and ExxonMobil Oil Indonesia Inc.*

3

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that, on July 2, 2020, I caused to be electronically filed a copy of the foregoing Defendants' Notice Regarding Plaintiffs' Pending Motion for Leave to Take Discovery Depositions Remotely to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

/s/ Alex Young K. Oh
Alex Young K. Oh (Bar No. 499955)
aoh@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006-1047
Telephone: (202) 223-7300