IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXXON MOBIL CORPORATION, *et al.*, <br><br> Defendants. | Case No. 01-cv-01357-RCL |

**DEFENDANTS' SUPPLEMENTAL NOTICE REGARDING PLAINTIFFS' PENDING MOTION FOR LEAVE TO TAKE DISCOVERY DEPOSITIONS REMOTELY**

Defendants Exxon Mobil Corporation and ExxonMobil Oil Indonesia Inc. ("Exxon") respectfully submit this Supplemental Notice:

1. In its Notice, Dkt. 716, Exxon informed the Court that Plaintiffs' request for remote discovery depositions is now moot because Exxon consents to conduct discovery depositions of Plaintiffs by remote means.

2. In their fifteen-page response, Dkt. 717, Plaintiffs do not contest that Exxon has agreed to proceed with the discovery depositions using remote means—effectively conceding that the issue is moot. Instead, Plaintiffs provide the Court with a litany of grievances about a draft deposition protocol Exxon proposed.

3. At present, each party has provided the other party with a proposed protocol for remote depositions—each clearly marked as a "Draft for Discussion." As these depositions will not occur for weeks, at least, sufficient time remains for the parties to resolve their differences about how the remote depositions should be conducted.

4. If the parties are unable to reach agreement, after good-faith discussion, on an appropriate protocol for the discovery depositions, the parties will make a timely application to this Court to resolve any ripe disputes that might remain.

5. At this time, however, there is no ripe dispute for the Court to resolve as to the remote discovery depositions of Plaintiffs.

Washington, DC
July 7, 2020

Respectfully submitted,

Patrick J. Conlon (Bar No. 414621)
patrick.j.conlon@exxonmobil.com
EXXON MOBIL CORPORATION
22777 Springwoods Village Parkway
N1.4B.388
Spring, TX  77389
Telephone:  (832) 624-6336

/s/ Alex Young K. Oh
Theodore V. Wells, Jr. (Bar No. 468934)
twells@paulweiss.com
Jaren E. Janghorbani (admitted *pro hac vice*)
jjanghorbani@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

Alex Young K. Oh (Bar No. 499955)
aoh@paulweiss.com
Justin Anderson (Bar No. 1030572)
janderson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006-1047
Telephone:  (202) 223-7300

*Attorneys for Defendants Exxon Mobil Corporation and ExxonMobil Oil Indonesia Inc.*

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that, on July 7, 2020, I caused to be electronically filed a copy of the foregoing Defendants' Supplemental Notice Regarding Plaintiffs' Pending Motion for Leave to Take Discovery Depositions Remotely to the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

    /s/ Alex Young K. Oh
Alex Young K. Oh (Bar No. 499955)
aoh@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006-1047
Telephone:  (202) 223-7300