# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 01-1357 (RCL/AK) |
| ) | |
| v. ) | |
| ) | |
| EXXON MOBIL CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED ORDER**

Before the Court is Plaintiffs' Motion to Compel Discovery and Impose Sanctions. Pursuant to Federal Rules of Civil Procedure 30 and 37, the Court hereby:

- **GRANTS** Plaintiffs' Motion to Compel Discovery and Impose Sanctions;

- **GRANTS** Plaintiffs' request to resume the deposition of EMOI's Rule 30(b)(6) deposition, and proceed with the deposition of EMC's Rule 30(b)(6) deposition, at dates agreed to by the parties.  Plaintiffs' counsel should be permitted to proceed with ten hours of questioning of these witnesses, to be allocated between these depositions as Plaintiffs' counsel considers necessary.  Defendants 30(b)(6) witnesses are directed to give responsive and reasonably concise answers to the questions posed.  If defense counsel has an objection to a question (other than privilege), they should be stated "concisely in a nonargumentative and nonsuggestive manner."  Fed. R. Civ. P. 30(c)(2).

- **GRANTS** Plaintiffs' request that if the witness(es) may use "notes" or other information subject to Paragraph 16 of the Protocol entered by the Court's Order, those materials shall be made available to Plaintiffs' counsel at least one hour before

2741322 v2

2

the deposition is scheduled to begin, so they can be printed and reviewed in a manner that will permit appropriate examination at the deposition.

- **GRANTS** Plaintiffs' Motion for Sanctions requesting that Defendant EMOI or defense counsel shall pay Plaintiffs' attorney's fees and expenses incurred in connection with (a) the filing of Plaintiffs' Motion to Compel and Impose Sanctions and any pleadings addressing responsive pleadings submitted by the Defendants; and (b) the preparation for and taking of the resumed deposition of EMOI's Rule 30(b)(6) witness.  Plaintiffs shall file an affidavit of the foregoing fees and costs within ten days of completion of the resumed deposition.

IT IS SO ORDERED.

Date:  _____          _____
                                                                        Royce C. Lamberth
                                                                        United States District Judge