IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE I, *et al.*,

    Plaintiffs,

v.

EXXON MOBIL CORPORATION, *et al.*,

    Defendants.

Case No. 01-cv-01357-RCL

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Alex Young K. Oh of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") as attorney for Defendants Exxon Mobil Corporation ("EMC") and ExxonMobil Oil Indonesia Inc. ("EMOI") in the above-captioned action. I am resigning from Paul, Weiss today to accept a position in the federal government. Paul, Weiss will continue to represent EMC and EMOI in this proceeding.

Dated: April 22, 2021
       Washington, DC

                                    PAUL, WEISS, RIFKIND, WHARTON &
                                    GARRISON LLP

                                    By: */s/ Alex Young K. Oh*
                                          Alex Young K. Oh (Bar No. 499955)
                                          aoh@paulweiss.com
                                          2001 K Street, NW
                                          Washington, DC 20006-1047
                                          Telephone: (202) 223-7300

                                          *[signature]*
                                          Exxon Mobil Corporation
                                          ExxonMobil Oil Indonesia Inc.
                                          Patrick J. Conlon

## CERTIFICATE OF SERVICE

I hereby certify that, on April 22, 2021, I caused the foregoing Notice of Withdrawal of Appearance to be filed using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ Alex Young K. Oh
Alex Young K. Oh