IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, ET AL.,<br><br>       Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, ET AL.,<br><br>       Defendants. | Case No. 1:01-cv-01357-RCL |

**NOTICE OF LIMITED APPEARANCE ON BEHALF OF
ALEX YOUNG K. OH**

The undersigned hereby enters this special appearance on behalf of Alex Young K. Oh, a non-party and former counsel to Defendants in this matter, for the limited purpose of representing Ms. Oh with respect to sanctions issues raised by the Court in its Memorandum Opinion (ECF No. 798) and Order (ECF No. 799).

Respectfully submitted,

s/ Geoffrey M. Klineberg

Geoffrey M. Klineberg (D.C. Bar No. 444503)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7928
(202) 326-7999 (fax)
gklineberg@kellogghansen.com

*Counsel to Alex Young K. Oh*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021, I caused a true and correct copy of the foregoing Notice of Limited Appearance on Behalf of Alex Young K. Oh to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Geoffrey M. Klineberg
Geoffrey M. Klineberg