## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXXON MOBIL CORPORATION, *et al.*, <br><br> Defendants. | Case No. 01-cv-01357-RCL |

## JOINT REPORT CONSENTING TO UNSEALING
## THE COURT'S OPINION IN FULL

The Court on April 26, 2021, issued an order and accompanying opinion ruling on Plaintiffs' motion and Defendants' cross-motion for sanctions. Dkt. 798; Dkt. 799. The Court also ordered the parties to issue this joint report stating any objection to unsealing any portion of the April 26 opinion. The parties have met and conferred on this issue. Neither party has any objection to unsealing the opinion in full.

Signed:

*/s/ Justin Anderson*
Theodore V. Wells, Jr. (Bar No. 468934)
twells@paulweiss.com
Jaren E. Janghorbani (admitted *pro hac vice)*
jjanghorbani@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

Signed:

*/s/ Kit A. Pierson*
Kit A. Pierson (Bar No. 398123)
Agnieszka M. Fryszman (Bar No. 459208)
Robert W. Cobbs (Bar No. 1045579)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., N.W.
Suite 500, East Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
afryszman@cohenmilstein.com
kpierson@cohenmilstein.com
rwcobbs@cohenmilstein.com

<div style="display: flex;">
<div style="flex: 1;">

Justin Anderson (Bar No. 1030572)
janderson@paulweiss.com
Mitchell Webber (Bar No. 1024005)
mwebber@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, N.W.
Washington, DC  20006-1047
Telephone:  (202) 223-7300

*Attorneys for Defendants Exxon Mobil Corporation and ExxonMobil Oil Indonesia Inc.*

Dated: May 6, 2021

</div>
<div style="flex: 1;">

Paul L. Hoffman (admitted *pro hac vice*)
**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**
11543 W. Olympic Blvd
Los Angeles, CA 90064
Tel: (310) 396-0731
hoffpaul@aol.com

Terrence P. Collingsworth (Bar No. 471830)
**INTERNATIONAL RIGHTS ADVOCATES**
621 Maryland Ave., N.E.
Washington, DC 20002
Tel: (202) 255-2198

*Attorneys for Plaintiffs*

Dated: May 6, 2021

</div>
</div>

## CERTIFICATE OF SERVICE

I, Justin Anderson, hereby certify that on May 6, 2021, a true and accurate copy of the foregoing Joint Report Consenting to Unsealing the Court's Opinion in Full was electronically filed through the Court's ECF filing system, which sent notice to all counsel of record.

Dated:   May 6, 2021					*/s/ Justin Anderson*
							Justin Anderson