UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOHN DOE I**, et al.

*Plaintiffs,*

v.

Case No. 1:01-cv-1357-RCL

**EXXON MOBIL CORPORATION**, et al.,

*Defendants.*

### ORDER

After resolving the parties' motions for sanctions, the Court ordered [799] the parties to file a joint report on whether they objected to unsealing the memorandum opinion [798].

Upon review of the parties' report,* the Court agrees that no redactions are necessary, and that memorandum opinion should be unsealed.

The unsealed memorandum opinion shall be published contemporaneously with this order.

**IT IS SO ORDERED.**

Date: 5/7/21

Royce C. Lamberth
United States District Judge

*and the lack of objection by counsel for Oh, per telephone this date. RL