UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOE I, et al.,

    *Plaintiffs,*

v.

EXXON MOBIL CORPORATION, et al.,

    *Defendants.*

Case No. 1:01-cv-1357-RCL

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court **FINDS** that Paul, Weiss, Rifkind, Wharton & Garrison LLP and Alex Young K. Oh violated Federal Rule of Civil Procedure 11(b)(3). Accordingly, it hereby **ADMONISHES** them for that violation.

**IT IS SO ORDERED.**

Date: 5/12/21

Royce C. Lamberth
United States District Judge