## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 01-1357 (RCL/AK) |
| ) | |
| v. ) | |
| ) | |
| EXXON MOBIL CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### JOINT MOTION TO MODIFY THE SCHEDULE RELATING
### TO MR. DEVOR'S DEPOSITION AND REBUTTAL REPORT (IF ANY)

The parties respectfully and jointly move to modify the schedule relating to the deposition of one of Plaintiffs' experts, Harris Devor, so that his deposition may be taken on June 16, 2021 (and his rebuttal report, if any, would be due on June 21, 2021).  All other dates on the schedule would remain the same.

Pursuant to the existing schedule, Plaintiffs' expert rebuttal reports are due on June 14, 2021 and the close of all discovery is the same date.  The parties have agreed to deposition dates for their respective experts and are proceeding on that basis.  Because of scheduling issues, the parties have agreed that the deposition of one expert (Mr. Devor) will proceed on June 16, with Mr. Devor's rebuttal report due June 21, if the Court permits the schedule to be modified as jointly requested herein.

All other dates in the schedule would remain the same.  All other rebuttal reports will be due by June 14, 2021 and all discovery will close on that date.  Summary judgment motions would continue to be due 45 days from that date (i.e., on July 29, 2021).

Accordingly, the parties respectfully request that their Joint Motion to Modify the

Schedule Relating to Mr. Devor's Deposition and Rebuttal Report (if any) be granted.

Respectfully submitted,

Signed:

Signed:

/s/ Kit A. Pierson
Kit A. Pierson (Bar No. 398123)
Agnieszka M. Fryszman (Bar No. 459208)
Robert W. Cobbs (Bar No. 1045579)
Nicholas J. Jacques (Bar No. 1673121)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., N.W.
Suite 500, East Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
afryszman@cohenmilstein.com
kpierson@cohenmilstein.com
rcobbs@cohenmilstein.com
njacques@cohenmilstein.com


Paul L. Hoffman (admitted *pro hac vice*)
**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**
11543 W. Olympic Blvd
Los Angeles, CA 90064
Tel: (310) 396-0731
hoffpaul@aol.com


Terrence P. Collingsworth (Bar No. 471830)
**INTERNATIONAL RIGHTS ADVOCATES**
621 Maryland Ave., N.E.
Washington, DC 20002
Tel: (202) 255-2198


*Attorneys for Plaintiffs*


Dated: May 28, 2021

/s/ Jaren Janghorbani
Theodore V. Wells, Jr. (Bar No. 468934)
Jaren E. Janghorbani (admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
twells@paulweiss.com
jjanghorbani@paulweiss.com

Justin Anderson (Bar No. 1030572)
Mitchell Webber (Bar No. 1024005)
**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
2001 K Street, N.W.
Washington, DC 20006-1047
Telephone: (202) 223-7300
janderson@paulweiss.com
mwebber@paulweiss.com


*Attorneys for Defendants Exxon Mobil
Corporation and ExxonMobil Oil Indonesia
Inc.*

Dated: May 28, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2021, I electronically filed the foregoing *Joint Motion to Modify the Schedule Relating to Mr. Devor's Deposition and Rebuttal Report (If Any)* with the Clerk of the Court using the ECF, who in turn sent notice to all counsel of record.


Dated:    May 28, 2021                          /s/ Kit A. Pierson
                                                Kit A. Pierson