# Exhibit A

# EXHIBIT A
## DETAILED TIMEKEEPING (BY TIMEKEEPER)

### ATTORNEY AND PARALEGAL TIME FOR 30(b)(6) SANCTIONS LITIGATION

**Robert Braun (Partner/In-House Counsel)**

| Date | Hours | Narrative |
|---|---|---|
| 2/17/2021 | 0.25 | Call with Kit Pierson regarding potential sanctions motion |

Total Hours: 0.25
Hourly Rate: $645
Total Fees: $161.25

**Robert Cobbs (Associate)**

| Date | Hours | Narrative |
|---|---|---|
| 2/14/2021 | 0.25 | Exchanging emails with case team regarding EMOI 30(b)(6) deposition |
| 2/15/2021 | 0.25 | Call with case team regarding EMOI 30(b)(6) deposition and potential sanctions motion. |
| 3/9/2021 | 0.25 | Meet and confer regarding sanctions motion; call with Kit Pierson regarding the same; legal research. |
| 3/10/2021 | 2.50 | Review opening sanctions motion and opposition; calls with Kit Pierson regarding reply strategy. |
| 3/11/2021 | 1.00 | Review EMOI 30(b)(6) deposition synopsis; send email to Kit Pierson regarding the same. |
| 3/16/2021 | 1.25 | Review draft sanctions reply/opposition. |
| 3/17/2021 | 11.50 | Edit draft sanction reply/opposition. |
| 3/18/2021 | 0.50 | Discuss sanctions motion with Kit Pierson; exchanging emails re same. |
| 3/19/2021 | 3.75 | Editing sanctions reply draft; calls Kit Pierson regarding the same. |
| 3/22/2021 | 1.25 | Review edits to sanctions reply, emails regarding filing. |
| 3/22/2021 | 2.00 | Review edits to sanctions motion. |
| 3/23/2021 | 2.25 | Review final drafts of sanctions reply and supervise filing. |
| 3/31/2021 | 0.75 | Review sanctions reply. |
| 4/26/2021 | 1.25 | Review sanctions opinion, order, and appendix. |
| 5/7/2021 | 1.50 | Review responses to show cause order and exhibits; discuss with Kit Pierson |
| 5/9/2021 | 7.25 | Response to show cause: research and draft legal sections |
| 5/10/2021 | 0.25 | Review response regarding order to show cause. |

Total Hours: 37.75
Hourly Rate: $605
Total Fees: $22,838.75

**Jennifer Davidson (Law Fellow)**

| Date | Hours | Narrative |
|---|---|---|
| 2/16/2021 | 6.00 | Researching procedural and substantive questions pertaining to 30(b)(6) deposition in preparation of sanctions motion |
| 2/17/2021 | 3.25 | Researching procedural and substantive questions pertaining to 30(b)(6) deposition in preparation of sanctions motion |

Total Hours: 9.25
Hourly Rate: $395
Total Fees: $3,653.75

**Agnieszka M. Fryszman (Partner)**

| Date | Hours | Narrative |
|---|---|---|
| 2/15/2021 | 1.25 | Corresponding and discussing with Kit Pierson the conduct of EMOI depo and sanctions.  Review transcript and Defendants' exhibit |
| 2/18/2021 | 0.50 | Telephone conference with Kit Pierson regarding possible sanctions motion |
| 2/18/2021 | 0.25 | Reviewing Kit Pierson's draft letter regarding sanctions |
| 2/20/2021 | 0.25 | Exchanging correspondence and discussing with Kit Pierson about upcoming meet and confer, reviewing draft letter |
| 2/21/2021 | 1.00 | Reviewing Kit Pierson's draft sanctions brief, deposition transcript |
| 2/22/2021 | 1.75 | Reviewing Kit Pierson's sanctions brief (1.25), participate in meet and confer call regarding the same (.5) |
| 2/23/2021 | 0.50 | discuss sanctions motion with Kit Pierson regarding suggested edits |
| 3/9/2021 | 0.25 | Meet and confer with Exxon regarding sanctions motion |
| 3/10/2021 | 0.75 | Review Exxon filing. Telephone conference with Kit Pierson regarding sanctions motion |
| 3/16/2021 | 1.00 | Reviewing Kit Pierson's draft brief, suggest edits |
| 3/17/2021 | 0.50 | Confer with Nicholas Jacques and Robb Cobbs regarding sanctions motion |
| 4/26/2021 | 1.00 | Review court order. Call Kit Pierson |
| 5/7/2021 | 1.25 | Review Exxon and Oh filing, and discuss plan w Kit |
| 5/8/2021 | 1.00 | Telephone conference with Joe Sellers (.5); telephone conference with Kit Pierson |
| 5/9/2021 | 2.00 | Response to Exxon & Oh filing; review Kit Pierson's and Rob Cobb's draft; telephone conference with Kit Pierson |
| 5/12/2021 | 0.50 | Review Paul Weiss filing regarding Rule 11 sanctions |
| 5/10/2021 | 2.00 | Draft declarations; review and go over with Kit Pierson |

Total Hours: 15.75
Hourly Rate: $885
Total Fees: $13,938.75

**Nicholas Jacques (Associate)**

| Date | Hours | Narrative |
|---|---|---|
| 2/15/2021 | 0.25 | Talking to Kit Pierson about sanctions for Exxon's conduct during 30(b)(6) deposition |
| 2/15/2021 | 1.25 | Reading EMOI 30(b)(6) rough transcript |
| 2/15/2021 | 3.00 | Researching options for relief in light of Exxon's misconduct during 30(b)(6) deposition |
| 2/16/2021 | 0.25 | Emailing Kit re. 30(b)(6) sanctions |
| 2/16/2021 | 0.25 | Exchanging emails with Jennifer Davidson about sanctions for EMOI 30(b)(6) |
| 2/16/2021 | 0.25 | Conferring with Kit Pierson about sanctions against Exxon for 30(b)(6) conduct |
| 2/18/2021 | 0.25 | Exchanging emails with Kit Pierson regarding 30(b)(6) sanctions against Exxon |
| 2/19/2021 | 1.00 | Reviewing and commenting on draft motion for 30(b)(6) sanctions |
| 2/22/2021 | 0.25 | Reviewing draft motion for 30(b)(6) sanctions |
| 2/23/2021 | 2.25 | Supervising finalization and filing of 30(b)(6) sanctions motion |
| 2/25/2021 | 0.25 | Communicating with Chambers about Highly Sensitive Document filing |
| 2/26/2021 | 0.25 | Exchanging emails with Agnieszka Fryszman, Naomi Chasek-Macfoy, and Judge Lamberth's Chambers about getting a copy of video exhibits to chambers |
| 3/9/2021 | 0.75 | Reading sanctions opposition/cross-motion |
| 3/16/2021 | 0.50 | Researching combined response/reply page limits |
| 3/16/2021 | 2.25 | Editing and commenting on combined response/reply to sanctions cross-motions |
| 3/19/2021 | 0.25 | Corresponding with Naomi Chasek-Macfoy about new protective order filing requirements for combined sanctions reply/cross motion opposition |
| 3/22/2021 | 3.00 | Reviewing Naomi Chasek Macfoy's edits to joint reply in support of motion for sanctions and opposition to cross motion for sanctions |
| 3/23/2021 | 1.75 | Reviewing Naomi Chasek-Macfoy's edits to combined sanctions reply/response |
| 3/23/2021 | 1.00 | Reviewing Naomi Chasek-Macfoy's redactions to public version of combined reply in support of sanctions motion/opposition to cross motion |
| 4/26/2021 | 0.25 | Communicating with case team about order sanctioning Exxon |
| 4/26/2021 | 1.00 | Reading opinion and order sanctioning Exxon |

Total Hours: 20.25
Hourly Rate: $505
Total Fees: $10,226.25

**Kit A. Pierson (Partner)**

| Date | Hours | Narrative |
|---|---|---|
| 2/15/2021 | 7.00 | Reviewing case law regarding sanctions/Rule 30 & Rule 37; telephone conference with Daniel Small and Joseph Sellers regarding defense counsel/witness conduct at deposition; review deposition transcript. |
| 2/16/2021 | 8.00 | Telephone conferences regarding sanctions motion; review case law regarding the same; review transcript regarding the same. |
| 2/17/2021 | 7.00 | Telephone conferences regarding sanctions motion; review case law regarding the same; review transcript regarding the same. |
| 2/18/2021 | 8.00 | Preparation of sanctions motion; review law regarding the same; review transcript. |
| 2/19/2021 | 8.00 | Preparation of sanctions motion; review law regarding the same; review transcript. |
| 2/20/2021 | 11.50 | Preparation of sanctions motion; review transcript; review case law; preparation of annotation regarding deposition. |
| 2/21/2021 | 4.00 | Drafting sanctions brief and supporting materials. |
| 2/22/2021 | 8.00 | Drafting letter to Exxon; drafting sanctions brief and supporting materials; meet and confer with Defendants. |
| 2/23/2021 | 2.25 | Finalizing motion for sanctions and related papers. |
| 3/9/2021 | 0.50 | Meet and confer with Exxon regarding their opposition/motion; telephone conference with Agnieszka Fryszman regarding the same; review legal materials regarding the same. |
| 3/10/2021 | 3.50 | Review Exxon materials; telephone conference with R Cobbs re same; telephone conference with A Fryszman re same; preparation of opposition. |
| 3/11/2021 | 6.25 | Reviewing Snell transcript; preparing appendix; review Plaintiffs' opening brief and Exxon's response; reviewing materials for reply; telephone conference with Robb Cobbs regarding the same. |
| 3/12/2021 | 5.50 | Review materials regarding sanctions motions; preparation of reply/opposition; telephone conference with Robert Cobbs regarding the same. |
| 3/13/2021 | 5.00 | Preparation of reply/opposition memorandum. |
| 3/14/2021 | 7.50 | Preparation of reply/opposition memorandum. |
| 3/15/2021 | 4.00 | Drafting sanctions reply/opposition |
| 3/16/2021 | 4.50 | Drafting opposition to sanctions / reply memorandum. |
| 5/8/2021 | 8.50 | Drafting Plaintiffs' memorandum regarding Responses to Show Cause Order; reviewing record materials regarding the same; telephone conferences with Rob Cobbs and Agnieszka Fryszman regarding the same. |
| 5/9/2021 | 5.50 | Draft memorandum regarding Show Cause responses; telephone conference with Rob Cobbs re same; telephone conference with Naomi Chasek-Macfoy regarding the same; telephone conference with Brent Rushforth regarding the same. |

| Date | Hours | Narrative |
|---|---|---|
| 5/10/2021 | 3.00 | Editing/finalizing memo regarding Responses to Show Cause Order; telephone conference with Rob Cobbs regarding the same; drafting declaration; review other declarations; telephone conference with Agnieszka Fryszman regarding response; telephone conference with Joe Sellers regarding the same; telephone conference with Naomi Chasek-Macfoy regarding filing the memorandum. |

Total Hours: 117.50
Hourly Rate: $1,045
Total Fees: $122,787.50

**Joshua Prince (Discovery Counsel)**

| Date | Hours | Narrative |
|---|---|---|
| 2/19/2021 | 1.25 | Assist with drafting of motion regarding EMOI 30(b)(6) depo |

Total Hours: 1.25
Hourly Rate: $500
Total Fees: $625.00

**Joseph M. Sellers (Partner/Chairman)**

| Date | Hours | Narrative |
|---|---|---|
| 2/15/2021 | 1.10 | Telephone conference with Kit Pierson regarding challenge to defendants' use of Rule 30(b)(6) deposition |

Total Hours: 1.10
Hourly Rate: $1,050
Total Fees: $1,155.00

**Naomi Chasek-Macfoy (Paralegal)**

| Date | Hours | Narrative |
|---|---|---|
| 2/22/2021 | 2.50 | Pulling exhibits to motion for sanctions |
| 2/22/2021 | 0.50 | Prepping video thumb drives containing exhibits to motion for sanctions |
| 2/22/2021 | 2.25 | Bluebooking and cite checking motion for sanctions |
| 2/23/2021 | 3.50 | Finalizing Bluebooking and cite checking motion for sanctions |
| 2/23/2021 | 1.00 | Creating Redacted Public Copy of motion for sanctions and filing |
| 2/23/2021 | 1.00 | Creating proposed redactions for motion for sanctions |
| 2/23/2021 | 0.75 | Finalizing motion for leave to file under seal |
| 3/19/2021 | 0.50 | Preliminary count regarding substantive questions asked in deposition for reply in support of motion for sanctions |
| 3/19/2021 | 0.50 | Pulling documents for Kit Pierson's use in drafting Plaintiffs' Reply in Support of Their Motion for Sanctions |
| 3/19/2021 | 0.75 | Beginning Bluebooking and cite checking Plaintiffs' Reply in support of their Motion for Sanctions; Opposition to Cross-Motion for Sanctions; and coordinating additional paralegal time for the same |

| Date | Hours | Narrative |
|---|---|---|
| 3/21/2021 | 2.75 | Bluebooking and cite checking combined Reply in support of Plaintiffs' Motion for Sanctions and Opposition to Defendants' Cross-Motion for Sanctions |
| 3/22/2021 | 4.75 | Bluebooking, cite checking and proofing Reply in Support of Motion for Sanctions and Opposition to Cross Motion for Sanctions |
| 3/23/2021 | 3.25 | Adding final edits to Plaintiffs' Reply ISO Motion for Sanctions and Opposition to Defendants' Cross-Motion for Sanctions |
| 3/23/2021 | 1.75 | Preparing redactions to Plaintiffs' Reply in Support of Motion for Sanctions and Opposition to Cross-Motion for Sanctions |
| 3/23/2021 | 1.50 | Finalizing Plaintiffs' Reply in Support of Motion for Sanctions and Opposition to Defendants' Cross-Motion for Sanctions |
| 5/9/2021 | 1.25 | Drafting declaration in support of Plaintiffs' Memorandum Addressing Responses to Order to Show Cause |

Total Hours: 28.50
Hourly Rate: $325
Total Fees: $9,262.50

**Brooke A. Miller (Paralegal)**

| Date | Hours | Narrative |
|---|---|---|
| 3/22/2021 | 4.50 | Cite checked and added time stamp citations to deposition cites for Kit Pierson for the Motion to Sanction brief |
| 3/23/2021 | 0.50 | Double checked a select number of deposition citations for the Motion to Sanction brief for Kit Pierson |

Total Hours: 5.00
Hourly Rate: $325
Total Fees: $1,625.00


**Subtotal Sanctions Litigation: $186,273.75**

## ATTORNEY AND PARALEGAL TIME FOR RENEWED EMOI DEPOSITIONS

### Robert Cobbs (Associate)

| Date | Hours | Narrative |
|---|---|---|
| 4/28/2021 | 0.50 | Call with Kit Pierson and Agnieszka Fryszman regarding EMOI deposition strategy |

Total Hours: 0.50
Hourly Rate: $645
Total Fees: $322.50

### Agnieszka M. Fryszman (Partner)

| Date | Hours | Narrative |
|---|---|---|
| 4/27/2021 | 0.25 | Telephone conference with Kit Pierson, follow up regarding motion, discuss plan for contacting Exxon. |
| 4/28/2021 | 0.50 | Zoom call with Rob Cobbs and Kit Pierson to plan for resumption of EMOI 30(b)(6).  Go over questions remaining, court order. |
| 5/11/2021 | 0.25 | Telephone conference with Kit Pierson regarding plan for tonight's deposition |
| 5/11/2021 | 5.00 | Second chair retake of 30(b)(6) deposition of Mr. Snell |
| 5/24/2021 | 6.00 | Second chair Snell/EMOI 30(b)(6) deposition |

Total Hours: 12.00
Hourly Rate: $885
Total Fees: $10,620.00

### Kit A. Pierson (Partner)

| Date | Hours | Narrative |
|---|---|---|
| 4/27/2021 | 2.50 | Prepare for renewed Snell deposition |
| 4/28/2021 | 2.50 | Prepare for EMOI Rule 30(b)(6) depositions; telephone conference with Agnieszka Fryszman and Robb Cobbs regarding the same (.5). |
| 4/29/2021 | 3.00 | Preparation for new EMOI depositions; telephone conference with Justin Anderson regarding scheduling the same (.1); telephone conference with Agnieszka Fryszman regarding the same (.1); telephone conference with Robb Cobbs regarding the same (.1). |
| 4/30/2021 | 2.00 | Preparation for EMOI Rule 30(b)(6) depositions; draft letter to Exxon regarding same |
| 5/5/2021 | 2.50 | Preparation for EMOI 30(b)(6) depositions. |
| 5/6/2021 | 2.00 | Preparation for EMOI 30(b)(6) depositions. |
| 5/7/2021 | 2.00 | Preparation for EMOI 30(b)(6) depositions. |
| 5/11/2021 | 9.75 | Preparation for EMOI 30(b)(6) deposition; telephone conference with Veritext regarding logistical issues; taking EMOI 30(b)(6) deposition (5.25). |
| 5/13/2021 | 1.50 | Preparation for Rule 30(b)(6) deposition. |

| Date | Hours | Narrative |
|---|---|---|
| 5/14/2021 | 3.50 | Preparation for EMOI 30(b)(6) deposition. |
| 5/15/2021 | 4.75 | Preparation for EMOI 30(b)(6) deposition. |
| 5/16/2021 | 4.50 | Deposition preparation for EMOI 30(b)(6). |
| 5/18/2021 | 5.00 | Preparation for EMOI 30(b)(6) |
| 5/19/2021 | 9.00 | Deposition preparation; telephone conference with Agnieszka Fryszman regarding the same |
| 5/20/2021 | 1.00 | Preparation for EMOI 30(b)(6). |
| 5/22/2021 | 5.75 | Preparation for renewed EMOI 30(b)(6) deposition. |
| 5/23/2021 | 7.00 | Preparation for renewed deposition. |
| 5/24/2021 | 11.25 | Preparation for and taking renewed EMOI 30(b)(6) deposition. |
| 5/25/2021 | 4.25 | Taking EMOI 30(b)(6) deposition. |

Total Hours: 83.75
Hourly Rate: $1,045
Total Fees: $87,518.75

**Naomi Chasek-Macfoy (Paralegal)**

| Date | Hours | Narrative |
|---|---|---|
| 5/3/2021 | 0.25 | Correspondence with Veritext to secure coverage for 5/11 and 5/24 depositions |
| 5/10/2021 | 0.25 | Preparing exhibits for 5/11 Renewed Deposition of Mark Snell |
| 5/11/2021 | 0.50 | Pre-marking exhibits to deposition of Mark Snell (regarding non-responsive answers) |
| 5/11/2021 | 0.75 | Logistical preparation regarding deposition of Mark Snell (regarding non-responsive answers) |
| 5/11/2021 | 5.25 | Deposition of Mark Snell (regarding non-responsive answers) |
| 5/13/2021 | 0.50 | Pulling documents for Kit Pierson's EMOI 30(b)(6) prep |
| 5/19/2021 | 0.75 | Pulling documents for Kit Pierson's EMOI 30(b)(6) prep |
| 5/19/2021 | 0.50 | Pulling documents for Kit Pierson's EMOI 30(b)(6) prep |
| 5/20/2021 | 3.50 | Pulling exhibits for Snell EMOI 30(b)(6) |
| 5/24/2021 | 2.50 | Snell EMOI 30(b)(6) prep - pulling documents for Kit Pierson |
| 5/24/2021 | 2.75 | Snell EMOI 30(b)(6) preparation - pulling, preparing, and finalizing exhibits |
| 5/24/2021 | 0.75 | Snell EMOI 30(b)(6) - logistical preparation |
| 5/24/2021 | 1.00 | Snell EMOI 30(b)(6) - pre-marking exhibits |
| 5/24/2021 | 5.50 | Renewed Snell EMOI 30(b)(6) Deposition |

Total Hours: 24.75
Hourly Rate: $325
Total Fees: $8,043.75

**Renewed EMOI 30(b)(6) Depositions Subtotal: $106,485.00**

## ATTORNEY AND PARALEGAL TIME FOR MOTION FOR REASONABLE EXPENSES

**Agnieszka M. Fryszman (Partner)**

| Date | Hours | Narrative |
|---|---|---|
| 5/26/2021 | 0.25 | Correspondence and discussion with Kit Pierson regarding fee petition |
| 5/26/2021 | 0.25 | Gather material and samples for Nicholas Jacques regarding fee petition, forward and discuss |
| 6/21/2021 | 0.50 | Review hours for sanctions fee petition, review exhibits, suggest revisions |

Total Hours: 1
Hourly Rate: $885
Total Fees: $885

**Kit A. Pierson (Partner)**

| Date | Hours | Narrative |
|---|---|---|
| 6/16/2021 | 0.75 | Review/edit fee petition; correspondence regarding the same |
| 6/18/2021 | 0.25 | Review fee petition |
| 6/22/2021 | 0.25 | Review/edit fee petition |

Total Hours: 1.25
Hourly Rate: $1,045
Total Fees: $1,306.25

**Nicholas Jacques (Associate)**

| Date | Hours | Narrative |
|---|---|---|
| 5/26/2021 | 0.50 | Reviewing past CMST fee petition briefing in preparation of drafting fee petition |
| 5/27/2021 | 2.00 | Reviewing past CMST fee petitions and past Exxon fee petition to prepare to draft sanctions fee petition |
| 5/29/2021 | 0.25 | Reviewing time reports for recoverable time spent on sanctions motion |
| 5/29/2021 | 1.25 | Conducting background research on fee petition legal standard in DDC and common issues raised in opposition to fee petitions in preparation of drafting fee petition |
| 6/5/2021 | 1.00 | Reviewing and sorting time entries to prepare to draft motion for expenses |
| 6/9/2021 | 1.25 | Updating case team on compensable hours for motion for expenses; flagging potential deductions |
| 6/14/2021 | 0.50 | Reviewing exemplars of exhibits to past fee petitions to use as model for exhibits for motion for reasonable fees |
| 6/14/2021 | 2.00 | Reorganizing spreadsheet from accounting for use as exhibit reflecting attorney time; making clerical edits to time entry narratives for clarity; coordinating with Naomi Chasek-Macfoy to turn into exhibit to motion for expenses |

| Date | Hours | Narrative |
|---|---|---|
| 6/14/2021 | 0.25 | Researching caselaw finding Cohen Milstein's rates are reasonable |
| 6/14/2021 | 2.00 | Drafting motion for reasonable expenses |
| 6/14/2021 | 0.50 | Researching caselaw on reasonable rates/Laffey Matrix for motion for expenses |
| 6/15/2021 | 0.75 | Drafting declaration in support of motion for expenses |
| 6/15/2021 | 0.25 | Telephone conference with Agnieszka Fryszman regarding time entries to deduct from motion for reasonable expenses |
| 6/15/2021 | 0.25 | Revising lodestar calculation for motion for expenses to reflect additional deductions |
| 6/15/2021 | 0.75 | Editing attorney biographies from marketing department for use in exhibit to motion for expenses |
| 6/15/2021 | 0.75 | Revising motion for reasonable expenses |
| 6/15/2021 | 0.25 | Reviewing Naomi Chasek-Macfoy's draft exhibit reflecting Plaintiffs' lodestar and making further edits |
| 6/15/2021 | 0.25 | Circulating draft motion for reasonable expenses to case team and sending email with notes on same |
| 6/16/2021 | 0.50 | Reviewing time entries for potential miscoded entries that should be included in Plaintiffs' lodestar for motion for reasonable expenses |
| 6/16/2021 | 0.25 | Telephone conference with Agnieszka Fryszman to discuss whether specific time entries should be included in Plaintffs' lodestar |
| 6/21/2021 | 0.25 | Recalculating lodestar in light of discussions with case team regarding tasks that should be included or excluded |

Total Hours: 16.75
Hourly Rate: $505
Total Fees: $8,458.75

**Naomi Chasek-Macfoy (Paralegal)**

| Date | Hours | Narrative |
|---|---|---|
| 6/10/2021 | 0.75 | Reviewing Exxon time sheets for time spent on sanctions motion and renewed EMOI 30(b)(6) depositions for fee petition |
| 6/10/2021 | 0.25 | Pulling expenses sheets for fee petition |
| 6/10/2021 | 0.25 | Corresponding with Brooke Miller regarding time entries for fee petition |
| 6/11/2021 | 0.25 | Pulling expenses regarding sanctions motion and renewed EMOI 30(b)(6) depositions for fee petition |
| 6/15/2021 | 1.75 | Drafting exhibit detailing timekeeper entries for fee petition |
| 6/15/2021 | 1.00 | Pulling CMST fee award cases regarding fee petition |
| 6/22/2021 | 2.25 | Updating, proofreading, and cite checking exhibits to fee petition |
| 6/22/2021 | 0.50 | Drafting exhibit regarding expenses for fee petition |

Total Hours: 9.25
Hourly Rate: $325
Total Fees: $3,006.25

**Motion for Reasonable Expenses Subtotal: $13,656.25**

**TOTAL:** **$306,415.00**