# Exhibit B

## **EXHIBIT B**

**EXPENSES**

| Expense Description | Expense Amount |
| --- | --- |
| Online Research Charges | $291.46 |
| Courier Services | $272.64 |
| Office Supplies | $61.63 |
| May 11, 2021 Deposition Charges | $2,883.25 |
| May 24, 2021 Renewed EMOI 30(b)(6) Deposition Charges | $3,952.55 |
| **Total:** | $7,461.53 |