IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 01-1357 (RCL/AK) |
| v. | ) |
| EXXON MOBIL CORPORATION, *et al.*, | ) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REASONABLE EXPENSES

Upon consideration of Plaintiffs' Motion for Reasonable Expenses, it is on this ____ day of _____, 2021, hereby

ORDERED, that Plaintiffs' Motion for Reasonable Expenses be, and the same is, hereby GRANTED; and it is further

ORDERED, that Plaintiffs be awarded $313,876.53 for the reasonable expenses, including attorney's fees, incurred in litigating their motion to compel and for sanctions, in taking the compelled EMOI testimony, in preparing for and taking the resumed EMOI deposition, and in preparing the above-referenced motion.

_____
The Honorable Royce C. Lamberth
United States District Judge