**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE I, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXXON MOBIL CORPORATION, *et al.*, <br><br> Defendants. | Case No. 01-cv-01357-RCL |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR REASONABLE EXPENSES**

Patrick J. Conlon (Bar No. 414621)
patrick.j.conlon@exxonmobil.com
EXXON MOBIL CORPORATION
22777 Springwoods Village Parkway
N1.4B.388
Spring, TX 77389
Telephone:  (832) 624-6336

Theodore V. Wells, Jr. (Bar No. 468934)
twells@paulweiss.com
Jaren Janghorbani (admitted *pro hac vice*)
jjanghorbani@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000

Justin Anderson (Bar No. 1030572)
janderson@paulweiss.com
Mitchell Webber (Bar No. 1024005)
mwebber@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC  20006-1047
Telephone:  (202) 223-7300

*Attorneys for Defendants Exxon Mobil Corporation
and ExxonMobil Oil Indonesia Inc.*

**TABLE OF CONTENTS**

I.      LEGAL STANDARD ........................................................................................1

II.     ARGUMENT...................................................................................................2

        A.      Fees for Plaintiffs' Show-Cause Submission Should be Excluded. ............2

        B.      Fees Based on Vague and Generic Timekeeping Descriptions Should
                Be Excluded.................................................................................................3

III.    CONCLUSION................................................................................................5

# <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Cases**

*Bonds* v. *District of Columbia*,
  93 F.3d 801 (D.C. Cir. 1996) ........................................................................1

*Citizens for Responsibility and Ethics in Washington* v. *U.S. Dept. of
  Homeland Sec.*,
  2010 WL 8971920 (D.D.C. Apr. 21, 2010) ...................................................4

*Cobell* v. *Norton*,
  231 F. Supp. 2d 295 (D.D.C. 2002) ...............................................................3

*Commodity Futures Trading Comm'n* v. *Trade Exch. Network Ltd.*,
  159 F. Supp. 3d 5 (D.D.C. 2015) ............................................................1, 4, 5

*DL* v. *District of Columbia*, 256 F.R.D. 239, 245-46 (D.D.C. 2009) ...............1, 4

*Kister* v. *District of Columbia*,
  229 F.R.D. 326 (D.D.C. 2005) .......................................................................2

*New Jersey* v. *E.P.A.*,
  703 F.3d 110 (D.C. Cir. 2012) ........................................................................5

*Pursuing America's Greatness* v. *F.E.C.*,
  463 F. Supp. 3d 11 (D.D.C. 2020) ..................................................................4

*Role Models Am., Inc.* v. *Brownlee*,
  353 F.3d 962 (D.C. Cir. 2004) ........................................................................4

**Statutes and Rules**

Fed. R. Civ. P. 11(b)(3) ...............................................................................3

Fed. R. Civ. P. 30(d)(2) ..............................................................................3

Fed. R. Civ. P. 37 .....................................................................................1, 3

Plaintiffs' counsel has requested a total of $313,876.53 in fees and costs pursuant to the Court's April 26, 2021 Order granting Plaintiffs' motion to compel and for sanctions, including an award of reasonable expenses. *See* ECF No. 799.  This fee request is excessive.

It is counsel's burden to demonstrate their entitlement to the requested expenses.  In two primary areas, they have failed to meet that burden.  First, Plaintiffs' counsel seeks compensation for briefing that falls outside of the scope of the Court's award.  Second, the fees that Plaintiffs' counsel seeks are based on a number of time entries that are impermissibly vague or generic.  As set forth below, Plaintiffs have failed to carry their burden to show that at least $144,388.75 of their claimed expenses reflect the "reasonable expenses" awarded by this Court.

## I.     LEGAL STANDARD

"Under Rule 37, the district court has broad discretion to impose sanctions for discovery violations."  *Bonds* v. *District of Columbia*, 93 F.3d 801, 807 (D.C. Cir. 1996).  Should the Court award fees, it is the party moving for fees that "bears the burden of proving that the requested amount of attorneys' fees is reasonable."  *Commodity Futures Trading Comm'n* v. *Trade Exch. Network Ltd.*, 159 F. Supp. 3d 5, 8 (D.D.C. 2015) (Lamberth, J.).  "Courts have discretion to adjust the amount requested in light of specific objections by the opposing party."  *Id.*  The court may reject or modify individual expense entries, apply an "across-the-board percentage reduction[]" to account for deficiencies in "a larger number of entries," or combine the two approaches.  *DL* v. *District of Columbia*, 256 F.R.D. 239, 245-46 (D.D.C. 2009) (Lamberth, J.) (applying a 10% reduction for "vague time descriptions" after subtracting non-compensable time).

## II.     ARGUMENT

In its Order dated April 26, 2021, the Court awarded Plaintiffs "their reasonable expenses (including attorney's fees) incurred in litigating their motion to compel and for sanctions, in taking the compelled EMOI testimony, and in preparing for and taking the resumed EMOI deposition."  ECF No. 799 at 2–3.  Pursuant to this Order, Plaintiffs have now requested $313,876.53 in fees, a portion of which is excessive and unreasonable because the fees: (i) exceed the scope of the Court's award; and (ii) are based on impermissibly vague timekeeping descriptions that cannot be evaluated for reasonableness.  Defendants ask that the Court exercise its discretion to exclude such fees, which total $26,285.00, and $118,103.75, respectively, reducing any fee award by at least $144,388.75.

### A.     Fees for Plaintiffs' Show-Cause Submission Should be Excluded.

Plaintiffs' counsel has improperly claimed $26,285 in fees for time spent drafting a superfluous brief in response to the Court's Order directed *to defense counsel* to show cause.  *See* ECF No. 812 at 3 ("In calculating their compensable time, Plaintiffs have included $26,285 worth of attorney time related to the briefing on the Court's show-cause order regarding appropriate sanctions.").

In its April 26 Order, the Court awarded the "reasonable expenses" incurred by Plaintiffs in litigating their motion to compel and for sanctions, and in preparing for and taking the compelled and resumed depositions.  ECF No. 799 at 2–3.  Plaintiffs' counsel's work on their show-cause briefing has no reasonable connection to either of those tasks.  *Kister* v. *District of Columbia*, 229 F.R.D. 326, 330 (D.D.C. 2005) ("A party is only entitled to compensation for the work that is useful and of a type ordinarily necessary to secure the final result obtained.") (internal citations and

quotations omitted).  Plaintiffs did not seek the Rule 11 sanctions that were the subject of the Court's show-cause Order.  *See* ECF No. 776-2 at 42–43 (moving for discovery sanctions under Rules 30(d)(2) and 37).  Nor did the Court's Order commanding "defense counsel to show cause" invite any submission from Plaintiffs' counsel on the issue under consideration.  *See* ECF No. 799 at 3 ("ORDERS defense counsel to show cause by May 14, 2021 why sanctions should not be imposed under Rule 11(b)(3). . . .").

Plaintiffs claim that their show-cause briefing was needed in order to "support … sanctions" against Defendants.  ECF No. 812 at 3.  But Plaintiffs' motion to compel and for sanctions had *already been granted* at the time the Court ordered defense counsel to show cause.  *See* ECF No. 799 at 1, 3.  The Court had already granted all of the sanctions requested by Plaintiffs, and Defendants did not oppose the relief granted by the Court in their show-cause submission.  *See* ECF No. 804 at 19 ("Defense counsel do not contest the discovery remedies imposed by the Court.").

The many hours Plaintiffs' counsel spent on their unnecessary show-cause briefing therefore fall firmly outside the scope of the Court's award.  That time is non-compensable and the corresponding $26,285 in fees should be excluded from any fee award.  *See, e.g.*, *Cobell* v. *Norton*, 231 F. Supp. 2d 295, 304 (D.D.C. 2002) (Lamberth, J.) ("Expenses pertaining solely to plaintiffs' March 21, 2002 motion for an order to show cause, for example, do not 'aris[e] from' opposition to defendants' E–Mail Motion, which was filed on September 2, 2000.").

### B.  Fees Based on Vague and Generic Timekeeping Descriptions Should Be Excluded.

Plaintiffs' fee award warrants further reduction because many of their timekeeping descriptions are too vague or generic to allow the Court to determine if they

are reasonable.[1]  Compensable timekeeping descriptions must be "'of sufficient detail and probative value to enable a court to determine with a high degree of certainty that such hours were actually and reasonably expended.'"  *Commodity Futures Trading Comm'n*, 159 F. Supp. 3d at 9 (quoting *Role Models Am., Inc.* v. *Brownlee*, 353 F.3d 962, 970 (D.C. Cir. 2004)).  Courts in the D.C. Circuit have repeatedly held that "broad overviews of the work" performed do not meet this standard.  *Commodity Futures Trading Comm'n*, 159 F. Supp. 3d at 10; *see also Citizens for Responsibility and Ethics in Washington* v. *U.S. Dept. of Homeland Sec.*, 2010 WL 8971920, at *2 (D.D.C. Apr. 21, 2010) (holding that "cursory" entries such as "[r]esearch, draft, and final prep of plaintiff's reply memo" and "[r]esearch and draft opposition to defendant's motion for stay pending appeal" lack adequate detail and warrant fee reduction); *DL* v. *District of Columbia*, 256 F.R.D. 239, 246 (D.D.C. 2009) (holding that "generic descriptions such as 'draft reply brief'" are excessively vague and warrant a reduction in fees awarded) (Lamberth, J.).  "[I]dentical one-line entr[ies]" that span several days are likewise "inadequate to meet a fee applicant's heavy obligation to present well-documented claims."  *Role Models Am., Inc.*, 353 F.3d at 971 (internal quotation and citation omitted).

Similarly, time entries lack adequate detail when they fail to articulate the purpose of the task described.  *See id.*; *see also Pursuing America's Greatness* v. *F.E.C.*, 463 F. Supp. 3d 11, 20 (D.D.C. 2020) (finding inadequate "entries . . . that do not indicate their subject matter or relation to the case").  For example, descriptions which "generically discuss 'review[ing]' various things" do not satisfy the burden of showing

---

[1]  Plaintiffs themselves have argued, in their opposition to Defendants' pending fee application, that fees based on overly vague and generic timekeeping descriptions should not be awarded.  *See* ECF No. 594-2, at 18–20.

that time was "reasonably expended." *New Jersey* v. *E.P.A.*, 703 F.3d 110, 116

(D.C. Cir. 2012).

Here, a number of Plaintiffs' counsel's time entries are exactly the type of

cursory "broad overview[]" that courts have found inadequately detailed to justify a fee

award. *Commodity Futures Trading Comm'n*, 159 F. Supp. 3d at 10.  Examples include

entries for "Edit[ing] draft sanction reply/opposition" and "Preparation of

reply/opposition memorandum."  *See* ECF No. 812-2 at 2, 5.  Other entries consist of

identical or near-identical entries repeated over several consecutive days.  For instance,

Plaintiffs have claimed fees based on ten separate entries over 18 days consisting of slight

variations on "preparation for EMOI 30(b)(6) deposition."  *See id.* at 8–9.  Still more

entries refer to the generic review of various documents—for example, "Review

sanctions reply," or "Reading opinion and order sanctioning Exxon"—with no indication

of the purpose of the review.  *See id.* at 2, 4.  At Appendix A, attached hereto, defense

counsel has highlighted these vague and generic entries, which account for $118,103.75

of Plaintiffs' requested fees.  The fees that Plaintiffs have claimed based on these

descriptions should be excluded from any award.[2]

## III.    CONCLUSION

Plaintiffs' counsel should not be awarded fees for filing an unnecessary

brief *after* being awarded all of the sanctions they requested and all reasonable expenses

---

[2]     Additionally, Plaintiffs' timekeeping exhibit appears to contain two minor
mathematical errors.  Associate Nicholas Jacques's individual entries regarding
Plaintiffs' motion for expenses add up to 15.75 hours, while the "Total Hours" are
listed as 16.75, and paralegal Naomi Chasek-Macfoy's entries in the same section add
up to 7 hours, while the "Total Hours" are listed as 9.25.  *See* ECF No. 812-2, at 10-
11.  Defendants respectfully request that the Court subtract an additional $1,236.25
from the total award to accurately reflect the entries provided.

for their sanctions motion.  Nor should they be awarded fees for vague and generic time

entries whose reasonableness cannot be discerned by the Court.  Accordingly, Defendants

respectfully request that this Court reduce Plaintiffs' counsel's requested fees by at least

$144,388.75.

Washington, D.C.
July 7, 2021

Patrick J. Conlon (Bar No. 414621)
patrick.j.conlon@exxonmobil.com
EXXON MOBIL CORPORATION
22777 Springwoods Village Parkway
N1.4B.388
Spring, TX 77389
Telephone:  (832) 624-6336

Respectfully submitted,

/s/ Jaren Janghorbani
Theodore V. Wells, Jr. (Bar No. 468934)
twells@paulweiss.com
Jaren Janghorbani (admitted *pro hac vice*)
jjanghorbani@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000

/s/ Justin Anderson
Justin Anderson (Bar No. 1030572)
janderson@paulweiss.com
Mitchell Webber (Bar No. 1024005)
mwebber@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC  20006-1047
Telephone:  (202) 223-7300

*Attorneys for Defendants Exxon Mobil Corporation
and ExxonMobil Oil Indonesia Inc.*

# APPENDIX A

**EXHIBIT A**
**DETAILED TIMEKEEPING (BY TIMEKEEPER)**

**ATTORNEY AND PARALEGAL TIME FOR 30(b)(6) SANCTIONS LITIGATION**

**Robert Braun (Partner/In-House Counsel)**

| Date | Hours | Narrative |
|------|-------|-----------|
| 2/17/2021 | 0.25 | Call with Kit Pierson regarding potential sanctions motion |

Total Hours: 0.25
Hourly Rate: $645
Total Fees: $161.25

**Robert Cobbs (Associate)**

| Date | Hours | Narrative |
|------|-------|-----------|
| 2/14/2021 | 0.25 | Exchanging emails with case team regarding EMOI 30(b)(6) deposition |
| 2/15/2021 | 0.25 | Call with case team regarding EMOI 30(b)(6) deposition and potential sanctions motion. |
| 3/9/2021 | 0.25 | Meet and confer regarding sanctions motion; call with Kit Pierson regarding the same; legal research. |
| 3/10/2021 | 2.50 | Review opening sanctions motion and opposition; calls with Kit Pierson regarding reply strategy. |
| 3/11/2021 | 1.00 | Review EMOI 30(b)(6) deposition synopsis; send email to Kit Pierson regarding the same. |
| 3/16/2021 | 1.25 | Review draft sanctions reply/opposition. |
| 3/17/2021 | 11.50 | Edit draft sanction reply/opposition. |
| 3/18/2021 | 0.50 | Discuss sanctions motion with Kit Pierson; exchanging emails re same. |
| 3/19/2021 | 3.75 | Editing sanctions reply draft; calls Kit Pierson regarding the same. |
| 3/22/2021 | 1.25 | Review edits to sanctions reply, emails regarding filing. |
| 3/22/2021 | 2.00 | Review edits to sanctions motion. |
| 3/23/2021 | 2.25 | Review final drafts of sanctions reply and supervise filing. |
| 3/31/2021 | 0.75 | Review sanctions reply. |
| 4/26/2021 | 1.25 | Review sanctions opinion, order, and appendix. |
| 5/7/2021 | 1.50 | Review responses to show cause order and exhibits; discuss with Kit Pierson |
| 5/9/2021 | 7.25 | Response to show cause: research and draft legal sections |
| 5/10/2021 | 0.25 | Review response regarding order to show cause. |

Total Hours: 37.75
Hourly Rate: $605
Total Fees: $22,838.75

**Jennifer Davidson (Law Fellow)**

| Date | Hours | Narrative |
|------|-------|-----------|
| 2/16/2021 | 6.00 | Researching procedural and substantive questions pertaining to 30(b)(6) deposition in preparation of sanctions motion |
| 2/17/2021 | 3.25 | Researching procedural and substantive questions pertaining to 30(b)(6) deposition in preparation of sanctions motion |

Total Hours: 9.25
Hourly Rate: $395
Total Fees: $3,653.75

**Agnieszka M. Fryszman (Partner)**

| Date | Hours | Narrative |
|------|-------|-----------|
| 2/15/2021 | 1.25 | Corresponding and discussing with Kit Pierson the conduct of EMOI depo and sanctions.  Review transcript and Defendants' exhibit |
| 2/18/2021 | 0.50 | Telephone conference with Kit Pierson regarding possible sanctions motion |
| 2/18/2021 | 0.25 | Reviewing Kit Pierson's draft letter regarding sanctions |
| 2/20/2021 | 0.25 | Exchanging correspondence and discussing with Kit Pierson about upcoming meet and confer, reviewing draft letter |
| 2/21/2021 | 1.00 | Reviewing Kit Pierson's draft sanctions brief, deposition transcript |
| 2/22/2021 | 1.75 | Reviewing Kit Pierson's sanctions brief (1.25), participate in meet and confer call regarding the same (.5) |
| 2/23/2021 | 0.50 | discuss sanctions motion with Kit Pierson regarding suggested edits |
| 3/9/2021 | 0.25 | Meet and confer with Exxon regarding sanctions motion |
| 3/10/2021 | 0.75 | Review Exxon filing. Telephone conference with Kit Pierson regarding sanctions motion |
| 3/16/2021 | 1.00 | Reviewing Kit Pierson's draft brief, suggest edits |
| 3/17/2021 | 0.50 | Confer with Nicholas Jacques and Robb Cobbs regarding sanctions motion |
| 4/26/2021 | 1.00 | Review court order. Call Kit Pierson |
| 5/7/2021 | 1.25 | Review Exxon and Oh filing, and discuss plan w Kit |
| 5/8/2021 | 1.00 | Telephone conference with Joe Sellers (.5); telephone conference with Kit Pierson |
| 5/9/2021 | 2.00 | Response to Exxon & Oh filing; review Kit Pierson's and Rob Cobb's draft; telephone conference with Kit Pierson |
| 5/12/2021 | 0.50 | Review Paul Weiss filing regarding Rule 11 sanctions |
| 5/10/2021 | 2.00 | Draft declarations; review and go over with Kit Pierson |

Total Hours: 15.75
Hourly Rate: $885
Total Fees: $13,938.75

## Nicholas Jacques (Associate)

| Date | Hours | Narrative |
|------|-------|-----------|
| 2/15/2021 | 0.25 | Talking to Kit Pierson about sanctions for Exxon's conduct during 30(b)(6) deposition |
| 2/15/2021 | 1.25 | Reading EMOI 30(b)(6) rough transcript |
| 2/15/2021 | 3.00 | Researching options for relief in light of Exxon's misconduct during 30(b)(6) deposition |
| 2/16/2021 | 0.25 | Emailing Kit re. 30(b)(6) sanctions |
| 2/16/2021 | 0.25 | Exchanging emails with Jennifer Davidson about sanctions for EMOI 30(b)(6) |
| 2/16/2021 | 0.25 | Conferring with Kit Pierson about sanctions against Exxon for 30(b)(6) conduct |
| 2/18/2021 | 0.25 | Exchanging emails with Kit Pierson regarding 30(b)(6) sanctions against Exxon |
| 2/19/2021 | 1.00 | Reviewing and commenting on draft motion for 30(b)(6) sanctions |
| 2/22/2021 | 0.25 | Reviewing draft motion for 30(b)(6) sanctions |
| 2/23/2021 | 2.25 | Supervising finalization and filing of 30(b)(6) sanctions motion |
| 2/25/2021 | 0.25 | Communicating with Chambers about Highly Sensitive Document filing |
| 2/26/2021 | 0.25 | Exchanging emails with Agnieszka Fryszman, Naomi Chasek-Macfoy, and Judge Lamberth's Chambers about getting a copy of video exhibits to chambers |
| 3/9/2021 | 0.75 | Reading sanctions opposition/cross-motion |
| 3/16/2021 | 0.50 | Researching combined response/reply page limits |
| 3/16/2021 | 2.25 | Editing and commenting on combined response/reply to sanctions cross-motions |
| 3/19/2021 | 0.25 | Corresponding with Naomi Chasek-Macfoy about new protective order filing requirements for combined sanctions reply/cross motion opposition |
| 3/22/2021 | 3.00 | Reviewing Naomi Chasek Macfoy's edits to joint reply in support of motion for sanctions and opposition to cross motion for sanctions |
| 3/23/2021 | 1.75 | Reviewing Naomi Chasek-Macfoy's edits to combined sanctions reply/response |
| 3/23/2021 | 1.00 | Reviewing Naomi Chasek-Macfoy's redactions to public version of combined reply in support of sanctions motion/opposition to cross motion |
| 4/26/2021 | 0.25 | Communicating with case team about order sanctioning Exxon |
| 4/26/2021 | 1.00 | Reading opinion and order sanctioning Exxon |

Total Hours: 20.25
Hourly Rate: $505
Total Fees: $10,226.25

## Kit A. Pierson (Partner)

| Date | Hours | Narrative |
|---|---|---|
| 2/15/2021 | 7.00 | Reviewing case law regarding sanctions/Rule 30 & Rule 37; telephone conference with Daniel Small and Joseph Sellers regarding defense counsel/witness conduct at deposition; review deposition transcript. |
| 2/16/2021 | 8.00 | Telephone conferences regarding sanctions motion; review case law regarding the same; review transcript regarding the same. |
| 2/17/2021 | 7.00 | Telephone conferences regarding sanctions motion; review case law regarding the same; review transcript regarding the same. |
| 2/18/2021 | 8.00 | Preparation of sanctions motion; review law regarding the same; review transcript. |
| 2/19/2021 | 8.00 | Preparation of sanctions motion; review law regarding the same; review transcript. |
| 2/20/2021 | 11.50 | Preparation of sanctions motion; review transcript; review case law; preparation of annotation regarding deposition. |
| 2/21/2021 | 4.00 | Drafting sanctions brief and supporting materials. |
| 2/22/2021 | 8.00 | Drafting letter to Exxon; drafting sanctions brief and supporting materials; meet and confer with Defendants. |
| 2/23/2021 | 2.25 | Finalizing motion for sanctions and related papers. |
| 3/9/2021 | 0.50 | Meet and confer with Exxon regarding their opposition/motion; telephone conference with Agnieszka Fryszman regarding the same; review legal materials regarding the same. |
| 3/10/2021 | 3.50 | Review Exxon materials; telephone conference with R Cobbs re same; telephone conference with A Fryszman re same; preparation of opposition. |
| 3/11/2021 | 6.25 | Reviewing Snell transcript; preparing appendix; review Plaintiffs' opening brief and Exxon's response; reviewing materials for reply; telephone conference with Robb Cobbs regarding the same. |
| 3/12/2021 | 5.50 | Review materials regarding sanctions motions; preparation of reply/opposition; telephone conference with Robert Cobbs regarding the same. |
| 3/13/2021 | 5.00 | Preparation of reply/opposition memorandum. |
| 3/14/2021 | 7.50 | Preparation of reply/opposition memorandum. |
| 3/15/2021 | 4.00 | Drafting sanctions reply/opposition |
| 3/16/2021 | 4.50 | Drafting opposition to sanctions / reply memorandum. |
| 5/8/2021 | 8.50 | Drafting Plaintiffs' memorandum regarding Responses to Show Cause Order; reviewing record materials regarding the same; telephone conferences with Rob Cobbs and Agnieszka Fryszman regarding the same. |
| 5/9/2021 | 5.50 | Draft memorandum regarding Show Cause responses; telephone conference with Rob Cobbs re same; telephone conference with Naomi Chasek-Macfoy regarding the same; telephone conference with Brent Rushforth regarding the same. |

| | | |
|---|---|---|
| 5/10/2021 | 3.00 | Editing/finalizing memo regarding Responses to Show Cause Order; telephone conference with Rob Cobbs regarding the same; drafting declaration; review other declarations; telephone conference with Agnieszka Fryszman regarding response; telephone conference with Joe Sellers regarding the same; telephone conference with Naomi Chasek-Macfoy regarding filing the memorandum. |

Total Hours: 117.50
Hourly Rate: $1,045
Total Fees: $122,787.50

**Joshua Prince (Discovery Counsel)**

| Date | Hours | Narrative |
|---|---|---|
| 2/19/2021 | 1.25 | Assist with drafting of motion regarding EMOI 30(b)(6) depo |

Total Hours: 1.25
Hourly Rate: $500
Total Fees: $625.00

**Joseph M. Sellers (Partner/Chairman)**

| Date | Hours | Narrative |
|---|---|---|
| 2/15/2021 | 1.10 | Telephone conference with Kit Pierson regarding challenge to defendants' use of Rule 30(b)(6) deposition |

Total Hours: 1.10
Hourly Rate: $1,050
Total Fees: $1,155.00

**Naomi Chasek-Macfoy (Paralegal)**

| Date | Hours | Narrative |
|---|---|---|
| 2/22/2021 | 2.50 | Pulling exhibits to motion for sanctions |
| 2/22/2021 | 0.50 | Prepping video thumb drives containing exhibits to motion for sanctions |
| 2/22/2021 | 2.25 | Bluebooking and cite checking motion for sanctions |
| 2/23/2021 | 3.50 | Finalizing Bluebooking and cite checking motion for sanctions |
| 2/23/2021 | 1.00 | Creating Redacted Public Copy of motion for sanctions and filing |
| 2/23/2021 | 1.00 | Creating proposed redactions for motion for sanctions |
| 2/23/2021 | 0.75 | Finalizing motion for leave to file under seal |
| 3/19/2021 | 0.50 | Preliminary count regarding substantive questions asked in deposition for reply in support of motion for sanctions |
| 3/19/2021 | 0.50 | Pulling documents for Kit Pierson's use in drafting Plaintiffs' Reply in Support of Their Motion for Sanctions |
| 3/19/2021 | 0.75 | Beginning Bluebooking and cite checking Plaintiffs' Reply in support of their Motion for Sanctions; Opposition to Cross-Motion for Sanctions; and coordinating additional paralegal time for the same |

| 3/21/2021 | 2.75 | Bluebooking and cite checking combined Reply in support of Plaintiffs' Motion for Sanctions and Opposition to Defendants' Cross-Motion for Sanctions |
| 3/22/2021 | 4.75 | Bluebooking, cite checking and proofing Reply in Support of Motion for Sanctions and Opposition to Cross Motion for Sanctions |
| 3/23/2021 | 3.25 | Adding final edits to Plaintiffs' Reply ISO Motion for Sanctions and Opposition to Defendants' Cross-Motion for Sanctions |
| 3/23/2021 | 1.75 | Preparing redactions to Plaintiffs' Reply in Support of Motion for Sanctions and Opposition to Cross-Motion for Sanctions |
| 3/23/2021 | 1.50 | Finalizing Plaintiffs' Reply in Support of Motion for Sanctions and Opposition to Defendants' Cross-Motion for Sanctions |
| 5/9/2021 | 1.25 | Drafting declaration in support of Plaintiffs' Memorandum Addressing Responses to Order to Show Cause |

Total Hours: 28.50
Hourly Rate: $325
Total Fees: $9,262.50

**Brooke A. Miller (Paralegal)**

| Date | Hours | Narrative |
| --- | --- | --- |
| 3/22/2021 | 4.50 | Cite checked and added time stamp citations to deposition cites for Kit Pierson for the Motion to Sanction brief |
| 3/23/2021 | 0.50 | Double checked a select number of deposition citations for the Motion to Sanction brief for Kit Pierson |

Total Hours: 5.00
Hourly Rate: $325
Total Fees: $1,625.00

**Subtotal Sanctions Litigation: $186,273.75**

**ATTORNEY AND PARALEGAL TIME FOR RENEWED EMOI DEPOSITIONS**

**Robert Cobbs (Associate)**

| Date | Hours | Narrative |
|------|-------|-----------|
| 4/28/2021 | 0.50 | Call with Kit Pierson and Agnieszka Fryszman regarding EMOI deposition strategy |

Total Hours: 0.50
Hourly Rate: $645
Total Fees: $322.50

**Agnieszka M. Fryszman (Partner)**

| Date | Hours | Narrative |
|------|-------|-----------|
| 4/27/2021 | 0.25 | Telephone conference with Kit Pierson, follow up regarding motion, discuss plan for contacting Exxon. |
| 4/28/2021 | 0.50 | Zoom call with Rob Cobbs and Kit Pierson to plan for resumption of EMOI 30(b)(6).  Go over questions remaining, court order. |
| 5/11/2021 | 0.25 | Telephone conference with Kit Pierson regarding plan for tonight's deposition |
| 5/11/2021 | 5.00 | Second chair retake of 30(b)(6) deposition of Mr. Snell |
| 5/24/2021 | 6.00 | Second chair Snell/EMOI 30(b)(6) deposition |

Total Hours: 12.00
Hourly Rate: $885
Total Fees: $10,620.00

**Kit A. Pierson (Partner)**

| Date | Hours | Narrative |
|------|-------|-----------|
| 4/27/2021 | 2.50 | Prepare for renewed Snell deposition |
| 4/28/2021 | 2.50 | Prepare for EMOI Rule 30(b)(6) depositions; telephone conference with Agnieszka Fryszman and Robb Cobbs regarding the same (.5). |
| 4/29/2021 | 3.00 | Preparation for new EMOI depositions; telephone conference with Justin Anderson regarding scheduling the same (.1); telephone conference with Agnieszka Fryszman regarding the same (.1); telephone conference with Robb Cobbs regarding the same (.1). |
| 4/30/2021 | 2.00 | Preparation for EMOI Rule 30(b)(6) depositions; draft letter to Exxon regarding same |
| 5/5/2021 | 2.50 | Preparation for EMOI 30(b)(6) depositions. |
| 5/6/2021 | 2.00 | Preparation for EMOI 30(b)(6) depositions. |
| 5/7/2021 | 2.00 | Preparation for EMOI 30(b)(6) depositions. |
| 5/11/2021 | 9.75 | Preparation for EMOI 30(b)(6) deposition; telephone conference with Veritext regarding logistical issues; taking EMOI 30(b)(6) deposition (5.25). |
| 5/13/2021 | 1.50 | Preparation for Rule 30(b)(6) deposition. |

| 5/14/2021 | 3.50 | Preparation for EMOI 30(b)(6) deposition. |
|-----------|------|-------------------------------------------|
| 5/15/2021 | 4.75 | Preparation for EMOI 30(b)(6) deposition. |
| 5/16/2021 | 4.50 | Deposition preparation for EMOI 30(b)(6). |
| 5/18/2021 | 5.00 | Preparation for EMOI 30(b)(6) |
| 5/19/2021 | 9.00 | Deposition preparation; telephone conference with Agnieszka Fryszman regarding the same |
| 5/20/2021 | 1.00 | Preparation for EMOI 30(b)(6). |
| 5/22/2021 | 5.75 | Preparation for renewed EMOI 30(b)(6) deposition. |
| 5/23/2021 | 7.00 | Preparation for renewed deposition. |
| 5/24/2021 | 11.25 | Preparation for and taking renewed EMOI 30(b)(6) deposition. |
| 5/25/2021 | 4.25 | Taking EMOI 30(b)(6) deposition. |

Total Hours: 83.75
Hourly Rate: $1,045
Total Fees: $87,518.75

**Naomi Chasek-Macfoy (Paralegal)**

| Date | Hours | Narrative |
|------|-------|-----------|
| 5/3/2021 | 0.25 | Correspondence with Veritext to secure coverage for 5/11 and 5/24 depositions |
| 5/10/2021 | 0.25 | Preparing exhibits for 5/11 Renewed Deposition of Mark Snell |
| 5/11/2021 | 0.50 | Pre-marking exhibits to deposition of Mark Snell (regarding non-responsive answers) |
| 5/11/2021 | 0.75 | Logistical preparation regarding deposition of Mark Snell (regarding non-responsive answers) |
| 5/11/2021 | 5.25 | Deposition of Mark Snell (regarding non-responsive answers) |
| 5/13/2021 | 0.50 | Pulling documents for Kit Pierson's EMOI 30(b)(6) prep |
| 5/19/2021 | 0.75 | Pulling documents for Kit Pierson's EMOI 30(b)(6) prep |
| 5/19/2021 | 0.50 | Pulling documents for Kit Pierson's EMOI 30(b)(6) prep |
| 5/20/2021 | 3.50 | Pulling exhibits for Snell EMOI 30(b)(6) |
| 5/24/2021 | 2.50 | Snell EMOI 30(b)(6) prep - pulling documents for Kit Pierson |
| 5/24/2021 | 2.75 | Snell EMOI 30(b)(6) preparation - pulling, preparing, and finalizing exhibits |
| 5/24/2021 | 0.75 | Snell EMOI 30(b)(6) - logistical preparation |
| 5/24/2021 | 1.00 | Snell EMOI 30(b)(6) - pre-marking exhibits |
| 5/24/2021 | 5.50 | Renewed Snell EMOI 30(b)(6) Deposition |

Total Hours: 24.75
Hourly Rate: $325
Total Fees: $8,043.75

**Renewed EMOI 30(b)(6) Depositions Subtotal: $106,485.00**

## ATTORNEY AND PARALEGAL TIME FOR MOTION FOR REASONABLE EXPENSES

### Agnieszka M. Fryszman (Partner)

| Date | Hours | Narrative |
|------|-------|-----------|
| 5/26/2021 | 0.25 | Correspondence and discussion with Kit Pierson regarding fee petition |
| 5/26/2021 | 0.25 | Gather material and samples for Nicholas Jacques regarding fee petition, forward and discuss |
| 6/21/2021 | 0.50 | Review hours for sanctions fee petition, review exhibits, suggest revisions |

Total Hours: 1
Hourly Rate: $885
Total Fees: $885

### Kit A. Pierson (Partner)

| Date | Hours | Narrative |
|------|-------|-----------|
| 6/16/2021 | 0.75 | Review/edit fee petition; correspondence regarding the same |
| 6/18/2021 | 0.25 | Review fee petition |
| 6/22/2021 | 0.25 | Review/edit fee petition |

Total Hours: 1.25
Hourly Rate: $1,045
Total Fees: $1,306.25

### Nicholas Jacques (Associate)

| Date | Hours | Narrative |
|------|-------|-----------|
| 5/26/2021 | 0.50 | Reviewing past CMST fee petition briefing in preparation of drafting fee petition |
| 5/27/2021 | 2.00 | Reviewing past CMST fee petitions and past Exxon fee petition to prepare to draft sanctions fee petition |
| 5/29/2021 | 0.25 | Reviewing time reports for recoverable time spent on sanctions motion |
| 5/29/2021 | 1.25 | Conducting background research on fee petition legal standard in DDC and common issues raised in opposition to fee petitions in preparation of drafting fee petition |
| 6/5/2021 | 1.00 | Reviewing and sorting time entries to prepare to draft motion for expenses |
| 6/9/2021 | 1.25 | Updating case team on compensable hours for motion for expenses; flagging potential deductions |
| 6/14/2021 | 0.50 | Reviewing exemplars of exhibits to past fee petitions to use as model for exhibits for motion for reasonable fees |
| 6/14/2021 | 2.00 | Reorganizing spreadsheet from accounting for use as exhibit reflecting attorney time; making clerical edits to time entry narratives for clarity; coordinating with Naomi Chasek-Macfoy to turn into exhibit to motion for expenses |

| 6/14/2021 | 0.25 | Researching caselaw finding Cohen Milstein's rates are reasonable |
|-----------|------|-------------------------------------------------------------------|
| 6/14/2021 | 2.00 | Drafting motion for reasonable expenses |
| 6/14/2021 | 0.50 | Researching caselaw on reasonable rates/Laffey Matrix for motion for expenses |
| 6/15/2021 | 0.75 | Drafting declaration in support of motion for expenses |
| 6/15/2021 | 0.25 | Telephone conference with Agnieszka Fryszman regarding time entries to deduct from motion for reasonable expenses |
| 6/15/2021 | 0.25 | Revising lodestar calculation for motion for expenses to reflect additional deductions |
| 6/15/2021 | 0.75 | Editing attorney biographies from marketing department for use in exhibit to motion for expenses |
| 6/15/2021 | 0.75 | Revising motion for reasonable expenses |
| 6/15/2021 | 0.25 | Reviewing Naomi Chasek-Macfoy's draft exhibit reflecting Plaintiffs' lodestar and making further edits |
| 6/15/2021 | 0.25 | Circulating draft motion for reasonable expenses to case team and sending email with notes on same |
| 6/16/2021 | 0.50 | Reviewing time entries for potential miscoded entries that should be included in Plaintiffs' lodestar for motion for reasonable expenses |
| 6/16/2021 | 0.25 | Telephone conference with Agnieszka Fryszman to discuss whether specific time entries should be included in Plaintffs' lodestar |
| 6/21/2021 | 0.25 | Recalculating lodestar in light of discussions with case team regarding tasks that should be included or excluded |

Total Hours: 16.75
Hourly Rate: $505
Total Fees: $8,458.75

**Naomi Chasek-Macfoy (Paralegal)**

| Date | Hours | Narrative |
|------|-------|-----------|
| 6/10/2021 | 0.75 | Reviewing Exxon time sheets for time spent on sanctions motion and renewed EMOI 30(b)(6) depositions for fee petition |
| 6/10/2021 | 0.25 | Pulling expenses sheets for fee petition |
| 6/10/2021 | 0.25 | Corresponding with Brooke Miller regarding time entries for fee petition |
| 6/11/2021 | 0.25 | Pulling expenses regarding sanctions motion and renewed EMOI 30(b)(6) depositions for fee petition |
| 6/15/2021 | 1.75 | Drafting exhibit detailing timekeeper entries for fee petition |
| 6/15/2021 | 1.00 | Pulling CMST fee award cases regarding fee petition |
| 6/22/2021 | 2.25 | Updating, proofreading, and cite checking exhibits to fee petition |
| 6/22/2021 | 0.50 | Drafting exhibit regarding expenses for fee petition |

Total Hours: 9.25
Hourly Rate: $325
Total Fees: $3,006.25

**Motion for Reasonable Expenses Subtotal: $13,656.25**

**TOTAL:** $306,415.00