IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 01-1357 (RCL/AK) |
| v. | ) |
| EXXON MOBIL CORPORATION, *et al.*, | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO DESIGNATE FILING AS HSD**

Pursuant to this Court's Standing Order No. 21-3 and Local Civil Rule 5.1(h), Plaintiffs seek leave to designate Attachment 2 to Exhibit A to the Reply Memorandum in Support of Plaintiffs' Motion for Reasonable Expenses as a Highly Sensitive Document ("HSD"). Pursuant to Local Rule 7, Plaintiffs' counsel conferred with Defense counsel, who do not oppose this motion.

Designating this filing as HSD is appropriate, as Attachment 2 contains information, including the names of Plaintiffs and witnesses, designated "Highly Confidential" pursuant to the Third Amended Protective Order, Dkt. 788, entered by the Court in this case. The Protective Order requires any party filing such material to follow procedures for filing HSDs, as prescribed in Standing Order No. 21-3. *See* Dkt. 788, ¶ 33.1.

A proposed order is attached as Exhibit A. Two paper copies of the proposed HSDs will be delivered to this Court's Clerk's Office, as required by Paragraph 3(a) of Standing Order No. 21-3.

Date: July 14, 2021                                 Respectfully submitted,

/s/ Kit A. Pierson
Kit A. Pierson (# 398123)

Agnieszka M. Fryszman (# 459208)
Nicholas J. Jacques (#1673121)
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave., N.W.
Suite 500, East Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
afryszman@cohenmilstein.com
kpierson@cohenmilstein.com
njacques@cohenmilstein.com

Poorad Razavi
**Cohen Milstein Seller & Toll PLLC**
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL. 33410
Tel: (561) 515-1400
Fax: (561) 515-1401
prazavi@cohenmilstein.com

Paul L. Hoffman (*Pro Hac Vice*)
**Schonbrun Seplow Harris Hoffman & Zeldes LLP**
11543 W. Olympic Blvd
Los Angeles, CA 90064
Tel: (310) 396-0731
hoffpaul@aol.com

Terrence P. Collingsworth (# 471830)
**International Rights Advocates**
621 Maryland Ave., N.E.
Washington, DC 20002
Tel: (202) 255-2198

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2021, I electronically filed the foregoing Plaintiffs' Motion to Designate Filing as HSD with the Clerk of the Court using the ECF, who in turn sent notice to all counsel of record in this matter.

Dated:   July 14, 2021                                    /s/ Kit A. Pierson
                                                          Kit A. Pierson