IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 01-1357 (RCL/AK) |
| | ) |
| v. | ) |
| | ) |
| EXXON MOBIL CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO
DESIGNATE FILING AS HSD

Upon consideration of Plaintiffs' Unopposed Motion [816] to Designate Filing as HSD (Highly Sensitive Document),

it is on this 22nd day of July, 2021, hereby

ORDERED, that Plaintiffs' Motion be, and the same is, hereby GRANTED.

It is so ORDERED.

_____
Hon. Royce C. Lamberth
United States District Judge