# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 01-1357 (RCL/AK) |
| v. | ) |
| EXXON MOBIL CORP., *et al.*, | ) |
| Defendants. | ) |

## PLAINTIFFS' NOTICE

Upon consultation with the Clerk of the Court, the Clerk at Plaintiffs' request has placed under seal Dkt. 826, the public redacted copy of Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment (Dkt. 825). Plaintiffs will file a new corrected public redacted copy of their Memorandum.

Date:  September 14, 2021

Respectfully submitted,

*/s/ Agnieszka M. Fryszman*
Kit A. Pierson (# 398123)
Agnieszka M. Fryszman (# 459208)
Robert W. Cobbs (# 1045579)
Nicholas J. Jacques (#1673121)
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave., N.W.
Suite 500, East Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
afryszman@cohenmilstein.com
kpierson@cohenmilstein.com
rcobbs@cohenmilstein.com
njacques@cohenmilstein.com

Poorad Razavi
**Cohen Milstein Seller & Toll PLLC**
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL. 33410
Tel: (561) 515-1400
Fax: (561) 515-1401
prazavi@cohenmilstein.com

Paul L. Hoffman (*Pro Hac Vice*)
**Schonbrun Seplow Harris Hoffman & Zeldes LLP**
11543 W. Olympic Blvd
Los Angeles, CA 90064
Tel: (310) 396-0731
hoffpaul@aol.com

Terrence P. Collingsworth (# 471830)
**International Rights Advocates**
621 Maryland Ave., N.E.
Washington, DC 20002
Tel: (202) 255-2198

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2021, I electronically filed the foregoing *Plaintiffs' Notice* with the Clerk of the Court using the ECF, who in turn sent notice to all counsel of record.

Dated:   September 14, 2021                                  */s/ Nicholas J. Jacques*
                                                                                   Nicholas J. Jacques