IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 01-1357 (RCL/AK) |
| ) | |
| v. ) | |
| ) | |
| EXXON MOBIL CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION TO DESIGNATE FILING AS HSD**

Pursuant to this Court's Standing Order No. 21-3 and Local Civil Rule 5.1(h), Plaintiffs seek leave to designate exhibits to Plaintiffs' Unopposed Motion to Replace Exhibits on CM/ECF and Notice of Inadvertently Omitted Material as Highly Sensitive Documents ("HSD"). Pursuant to Local Rule 7, Plaintiffs' counsel conferred with Defense counsel, who do not oppose this motion.

Designating this filing as HSD is appropriate, as these documents contain information, including the names of Plaintiffs, designated "Highly Confidential" pursuant to the Third Amended Protective Order, Dkt. 788, entered by the Court in this case. The Protective Order requires any party filing such material to follow procedures for filing HSD, as prescribed in Standing Order No. 21-3. *See* Dkt. 788, ¶ 33.1.

A proposed order is attached as Exhibit A. One paper and one electronic copy of the proposed HSD will be delivered to this Court's Clerk's Office, as required by Paragraph 3(a) of Standing Order No. 21-3.

Date: March 14, 2022

Paul L. Hoffman (*Pro Hac Vice*)
**Schonbrun Seplow Harris Hoffman & Zeldes LLP**
11543 W. Olympic Blvd
Los Angeles, CA 90064
Tel: (310) 396-0731
hoffpaul@aol.com

Brent Nelson Rushforth (#331074)
1112 Cripplegate Road
Potomac, MD 20854
Tel: (301) 943-7977
brentrushforth@icloud.com

Terrence P. Collingsworth (# 471830)
**International Rights Advocates**
621 Maryland Ave., N.E.
Washington, DC 20002
Tel: (202) 255-2198
tc@iradvocates.org

Respectfully submitted,

/s/ Agnieszka Fryszman
Agnieszka M. Fryszman (# 459208)
Kit A. Pierson (# 398123)
Robert W. Cobbs (#1045579)
Nicholas J. Jacques (#1673121)
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave., N.W.
Suite 500, East Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
afryszman@cohenmilstein.com
kpierson@cohenmilstein.com
rcobbs@cohenmilstein.com
njacques@cohenmilstein.com

Poorad Razavi
**Cohen Milstein Seller & Toll PLLC**
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL. 33410
Tel: (561) 515-1400
Fax: (561) 515-1401
prazavi@cohenmilstein.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 14, 2022, I electronically filed the foregoing Plaintiffs' Motion to Designate Filing as HSD with the Clerk of the Court using the ECF, who in turn sent notice to all counsel of record in this matter.

Dated:   March 14, 2022              /s/ Agnieszka Fryszman
                                     Agnieszka Fryszman