IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 01-1357 (RCL/AK) |
| ) | |
| v. ) | |
| ) | |
| EXXON MOBIL CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

[834]

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO
DESIGNATE FILING AS HSD

Upon consideration of Plaintiffs' Unopposed Motion [834] to Designate Filing as HSD, it is on this  1st  day of  April , 2021, hereby

ORDERED, that Plaintiffs' Motion be, and the same is, hereby GRANTED.

It is so ORDERED.

_____
The Honorable Royce C. Lamberth
United States District Judge