IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 01-1357 (RCL/AK) |
| ) | |
| v. ) | |
| ) | |
| EXXON MOBIL CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' Unopposed Motion to Replace Exhibits on CM/ECF, it is hereby

ORDERED that Plaintiffs' Unopposed Motion to Replace Exhibits on CM/ECF is GRANTED; and it is further

ORDERED that the Clerk of the Court shall remove ECF No. 825-6 from the CM/ECF system and replace it with Exhibit B to Plaintiffs' Unopposed Motion to Replace Exhibits on CM/ECF.

SO ORDERED this 1st day of April, 2022.

_____
HON. ROYCE C. LAMBERTH
United States District Judge