UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE I, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>EXXON MOBILE CORPORATION, *et al.*,<br><br>    *Defendants.* | Case No. 1:01-cv-1357 (RCL/AK) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, the Court **GRANTS** plaintiffs' motion [812] for reasonable expenses. Defendants shall pay plaintiffs $281,439.25 in attorney's fees and $7,461.53 in expenses, totaling $288,900.78.

**IT IS SO ORDERED.**

Date: 4/14/22

Royce C. Lamberth
United States District Judge