UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE I**, *et al.*,<br><br>  *Plaintiffs,*<br><br>v.<br><br>**EXXON MOBIL CORPORATION**, *et al.*,<br><br>  *Defendants.* | Case No. 1:01-cv-1357-RCL |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that defendants' motion [819] for summary judgment is **GRANTED IN PART** and **DENIED IN PART**. The Court will **GRANT** defendants' motion and enter judgment in favor of defendants on the battery claims (Count 2) brought by Jane Doe VIII, John Doe II, and John Doe IV; the assault claims (Count 3) brought by Jane Doe VIII, John Doe II, and John Doe IV; the arbitrary arrest, detention and false imprisonment claims (Count 4) claims brought by Jane Doe VI, Jane Doe VIII, John Doe II, and John Doe IV; and the conversion claims (Count 8) brought by John Doe II and Jane Doe VII. On all other claims, defendants' motion for summary judgment is **DENIED**.

It is further **ORDERED** that within 10 days of this order, the parties shall file a proposed redacted version of the Court's memorandum opinion for filing on the public docket. If the parties disagree about particular redactions, they shall note the nature of their disagreement in a joint filing.

It is further **ORDERED** that the parties shall file a joint status report within thirty days of this order proposing a schedule for further proceedings in this matter. The parties shall also update

1

the Court regarding plaintiffs' efforts to obtain entry into the United States for trial. Defendants shall provide an updated position—if applicable—on plaintiffs' pending motion [835] for letters from the Court to facilitate the visa and parole process.

**IT IS SO ORDERED.**

Date: 7-22-22

Royce C. Lamberth
United States District Judge