IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*,                                 ) | |
| Plaintiffs,                                           ) | Civil Action No. 01-1357 (RCL/AK) |
| v.                                                    ) | |
| EXXON MOBIL, CORPORATION, *et al.*,                   ) | |
| Defendants.                                           ) | |

**PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE**

Mindful of the Court's other commitments, Plaintiffs respectfully request that the Court schedule a status conference, at its convenience, to discuss further proceedings in this matter, including setting a trial date and to resolve Plaintiffs' pending motion for a letter from the Court in support of their visa applications. Plaintiffs have conferred with Defendants and they take no position on this request. The following information is relevant to this request:

1. As previously advised, the logistics of this trial necessitate a longer lead time than in many civil cases. Dkts. 835, 851. The Plaintiffs cannot realistically apply for visas or humanitarian parole until dates for the trial are set (the visas will remain valid even if the trial date is later moved). If visas and parole are denied—which will turn on government decisions that are largely outside the parties' control—then the parties have agreed that trial depositions should be taken, subject to Defendants' due process objections.[1] Logistics and scheduling for the overseas depositions will also require sufficient lead time.

2. To facilitate this process, Plaintiffs submitted (through the Court's HSD procedures) letters for the Court's approval to enhance the prospect that visas or parole for

---

[1] Defendants have reserved their due process objections. The Plaintiffs believe those objections are meritless.

Plaintiffs' entry into the United States for trial will be granted. Dkt. 851. Submitting those applications without a trial date (and the requested letter from the Court) would materially reduce the prospects they will be approved. For the Court's convenience, Plaintiffs will resubmit the proposed letters through the Court's HSD procedures shortly after the Thanksgiving holiday. Defendants have consented to the letters.

3.      Plaintiffs understand that this is one of a great many cases on the Court's docket, all of which require the Court's attention, and the Court has a very busy calendar. We submit this request with the greatest respect for these facts, simply because of the logistical issues raised by this case. Given these circumstances, Plaintiffs thought it prudent to propose a status conference, at the Court's convenience, to discuss the most workable dates for the Court (as well as the parties) to commence trial of this matter.

Respectfully submitted,

Date: November 23, 2022

Paul L. Hoffman (*Pro Hac Vice*)
**Schonbrun Seplow Harris Hoffman & Zeldes LLP**
11543 W. Olympic Blvd
Los Angeles, CA 90064
Tel: (310) 396-0731
hoffpaul@aol.com

Brent Nelson Rushforth (#331074)
1112 Cripplegate Road
Potomac, MD 20854
Tel: (301) 943-7977
brentrushforth@icloud.com

Terrence P. Collingsworth (# 471830)
**International Rights Advocates**
621 Maryland Ave., N.E.
Washington, DC 20002

/s/ Robert W. Cobbs
Agnieszka M. Fryszman (# 459208)
Kit A. Pierson (# 398123)
Robert W. Cobbs (#1045579)
Nicholas J. Jacques (#1673121)
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave., N.W.
Suite 500, East Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
afryszman@cohenmilstein.com
kpierson@cohenmilstein.com
rcobbs@cohenmilstein.com
njacques@cohenmilstein.com

Poorad Razavi
**Cohen Milstein Seller & Toll PLLC**
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL. 33410

Tel: (202) 255-2198
tc@iradvocates.org

Tel: (561) 515-1400
Fax: (561) 515-1401
prazavi@cohenmilstein.com

*Attorneys for Plaintiffs*