IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, et al<br><br>Plaintiffs,<br><br>v.<br><br>EXXONMOBIL CORPORATION, et al.,<br><br>Defendants. | Case No.: 01-cv-01357-RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Martin Weinstein of Willkie Farr & Gallagher LLP ("Willkie") as attorney for Defendants ExxonMobil Corporation ("EMC"), ExxonMobil Oil Indonesia Inc. ("EMOI"), Mobil Corporation and Mobil Oil Corporation in the above captioned action.

Defendants EMC, EMOI, Mobil Corporation and Mobil Oil Corporation will continue to be represented by Counsel from Paul, Weiss, Rifkind, Wharton & Garrison.  This withdrawal will therefore cause no delay in this matter, nor will it prejudice any party.

Dated:  February 1, 2023
        Washington, DC

                      WILLKIE FARR & GALLAGHER LLP

                      By:  /s/ Martin Weinstein
                            Martin Weinstein (Bar No. 388746)
                            WILLKIE FARR & GALLAGHER LLP
                            1875 K St., NW
                            Washington, DC 20006
                            Telephone: (202) 303.1122
                            mweinstein@willkie.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on February 1, 2023, I caused the foregoing Notice of Withdrawal of Appearance to be filed using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                              /s/ Martin Weinstein
                                              Martin Weinstein