IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 01-1357 (RCL/AK) |
| v. | ) |
| EXXON MOBIL CORPORATION, *et al.*, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Having reached agreement to resolve all matters in controversy in the above-captioned action, the parties, by and through their attorneys, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree and stipulate as follows:

1. The above-caption action be and hereby is voluntarily dismissed with prejudice; and

2. That each party shall pay their own costs and attorney fees.

IT BE AND HEREBY IS SO STIPULATED:

May 15, 2023

/s/ Agnieszka M. Fryszman
Agnieszka M. Fryszman (#459208)
afryszman@cohenmilstein.com
Kit A. Pierson (#398123)
kpierson@cohenmilstein.com
Robert W. Cobbs (# 398123)
rcobbs@cohenmilstein.com
Nicholas J. Jacques (#1673121)
njacques@cohenmilstein.com


Cohen Milstein Sellers & Toll PLLC

/s/ Justin Anderson
Theodore V. Wells, Jr. (Bar No. 468934)
twells@paulweiss.com
Jaren E. Janghorbani (pro hac vice)
jjanghorbani@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000


Justin Anderson (Bar No. 1030572)
janderson@paulweiss.com
Mitchell Webber (Bar No. 1024005)

1

2

1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

Paul L. Hoffman (Pro Hac Vice)
Schonbrun Seplow Harris Hoffman & Zeldes
200 Pier Avenue, #226
Hermosa Beach, CA 90254
Tel: (310) 396-0731
hoffpaul@aol.com

Terrence P. Collingsworth (#471830)
International Rights Advocates
621 Maryland Ave., N.E
Tel: (202) 396-0731

Brent Nelson Rushforth (#331074)
1112 Cripplegate Road
Potomac, MD 20854
Tel: (301) 943-7977
brentrushforth@icloud.com

Leslie M. Kroeger
lkroeger@cohenmilstein.com
Theodore J. Leopold
tleopold@cohenmilstein.com
Poorad Razavi
prazavi@cohenmilstein.com
Cohen Milstein Sellers & Toll PLLC
11780 U.S. Highway One, Suite N500
Palm Beach Gardens, FL. 33408
Tel: (561) 515-1400
Fax: (561) 515-1401

*Attorneys for Plaintiffs*

mwebber@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006-1047
Telephone: (202) 223-7300

*Attorneys for Defendants*