UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE I, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>        *Defendants*. | Case No. 01-cv-1357 (RCL) |

## ORDER

Upon consideration of the parties' Stipulation of Dismissal [930], it is hereby **ORDERED** that the following motions be **DENIED AS MOOT**:

- Plaintiffs' Sealed Motion to Compel, ECF No. 721;
- Plaintiffs' Sealed Motion for Leave to Take Depositions, ECF No. 725;
- Plaintiffs' Motion to Modify Order Regarding Rule 30(b)(6) Depositions, ECF No. 730;
- Plaintiffs' Sealed Motion for Extension, ECF No. 754;
- Plaintiffs' Motion for Letters from Court and Trial Dates, ECF No. 835;
- Defendants' First through Eleventh Motions in Limine, ECF No. 870;
- Plaintiffs' Sealed Motion, ECF No. 872;
- Plaintiffs' Motion in Limine Concerning Defendants' Allegations About Counsel, ECF No. 873;
- Defendants' Motion to Exclude Improper Testimony, ECF No. 875;
- Plaintiffs' Sealed Motion, ECF No. 876;
- Plaintiffs' Sealed Motion, ECF No. 877;
- Defendants' Motion in Limine to Exclude Hearsay Evidence, ECF No. 878;

- Defendants' Motion to Exclude Improper Testimony, ECF No. 880;

- Defendants' Motion to Exclude Certain Damages Evidence, ECF No. 881;

- Defendants' Motion to Exclude the Testimony of Harris Devor, ECF No. 883;

- Defendants' Motion to Exclude Improper Testimony of Geoffrey Robinson, ECF No. 885; and

- Defendants' Motion in Limine to Exclude Evidence Regarding Alleged Injuries and Acts Outside the Relevant Time Period, ECF No. 886.

**IT IS SO ORDERED.**

SIGNED this __16th__ day of May, 2023.

Royce C. Lamberth
United States District Judge